EXHIBIT 2

RESOLUTION NUMBER Z-18-016

## RESOLUTION OF THE BOARD OF COUNTY COMMISSIONERS
## OF LEE COUNTY, FLORIDA

WHEREAS, an application was filed by the property owner, Eden Oak I LLC, to rezone a 306± acre parcel from Agricultural (AG-2) to Residential Planned Development (RPD), in reference to Eden Oak; and,

WHEREAS, on May 4, 2018, County Staff issued a Staff Report recommending DENIAL of the proposed application finding the request, as proposed, is inconsistent with the Goals, Objectives, and Policies related to the protection and enhancement of wetlands, the protection of wildlife habitat, the protection of life and property, the limitation of public expenditures within Coastal High Hazard Areas, and development within coastal planning areas established by the Lee Plan. Staff found that, if approved, the proposed development will adversely affect environmentally critical and environmentally sensitive areas and natural resources, and presents compatibility-related concerns to adjacent uses as a result of adverse environmental impacts; and,

WHEREAS, a public hearing before the Lee County Zoning Hearing Examiner, Donna Marie Collins, was advertised and held on October 23, 2019, December 3, 2019, December 6, 2019, January 7, 2020, and July 12, 2022; and,

WHEREAS, the Hearing Examiner gave full consideration to the evidence in the record for Case #DCI2016-00026 and recommended DENIAL of the Request; and,

WHEREAS, a public hearing was advertised and held on April 5, 2023 before the Lee County Board of Commissioners; and,

WHEREAS, the Lee County Board of Commissioners gave full and complete consideration to the recommendations of the staff, the Hearing Examiner, the documents on record and the testimony of all interested persons; and,

WHEREAS, upon Motion, the Lee County Board of Commissioners adopted the Staff's recommendation of DENIAL as outlined in the October 8, 2019 Staff Report; and,

NOW, THEREFORE, BE IT RESOLVED BY THE BOARD OF COUNTY COMMISSIONERS:

SECTION A.    REQUEST

The property is located in the Wetlands and Suburban Future Land Use Categories and is legally described in attached Exhibit A. The subject property is generally located on either side of Shell Point Boulevard approximately one quarter mile south of the Shell Point Retirement Village.

The applicant filed a request to rezone a 306± acre parcel from AG-2 to RPD to permit up to 55 single-family detached residences, associated accessory uses and structures, and a 13 multi-slip docking facility. The request proposes a waterfront single family residential community consisting of 55 residences, roads, parking, 43 boat slips associated with canal front lots, a multi-slip docking facility with 13 slips, surface-water management system and preservation areas. The 306-acre

Case No. DCI2016-00026

Z-18-016
Page 1 of 8

EXHIBIT L

property is composed of approximately twelve parcels, two of which are slated for development. The remaining ten parcels are primarily mangroves. The proposed project includes impacts to 43.63 acres of hydrologically altered mangrove wetlands, impounded saltwater marsh, and mosquito ditches.

The request is DENIED based on the findings and conclusions set forth in Section C.

SECTION B.   EXHIBITS:

The following exhibits are attached to this resolution and incorporated by reference:

Exhibit A:   Legal description of the property
Exhibit B:   Zoning Map (with the subject parcel indicated)

SECTION C.   FINDINGS AND CONCLUSIONS:

All references to uses are as defined or listed in the Lee County Land Development Code (LDC) and Lee Plan.

1.   **Objective 2.1** promotes contiguous and compact growth patterns to contain urban sprawl, minimize energy costs, conserve land, water and natural resources, and minimize the cost of services. The subject property is located in close proximity to established residential development to the north and east, thereby minimizing energy costs and the cost of services; however, the request does not conserve land, water, or natural resources. Rather, the request proposes to impact approximately 43.63 acres of wetlands, which may result in the alteration or degradation of adjacent environmentally sensitive land and established conservation areas. Therefore, the request is **INCONSISTENT with Objective 2.1 of the Lee Plan.**

2.   **Policy 2.1.2** requires new land uses to be consistent with the Future Land Use Map and the goals, objectives, policies, and standards of the Lee Plan. The request, as proposed, is inconsistent with the Goals, Objectives, and Policies related to the protection and enhancement of wetlands, the protection of wildlife habitat, the protection of life and property, the limitation of public expenditures within Coastal High Hazard Areas, and development within coastal planning areas established by the Lee Plan. Therefore, the request is **INCONSISTENT with Policy 2.1.2 of the Lee Plan.**

3.   **Objective 2.2** establishes that new growth should be directed to those portions of future urban areas where adequate public facilities exist and where compact and contiguous development patterns can be created. Similarly, **Policy 2.2.1** requires rezone requests to be evaluated in the context of availability and proximity of the road network, water and sewer infrastructure, community facilities and services such as schools, EMS, fire and police protection, compatibility with surrounding land uses and other factors that affect public health, safety, and welfare.

While adequate public facilities, infrastructure, and services exist to serve the subject property, it should be noted that the request will result in substantial impacts to public health, safety, and welfare. The request proposes to impact approximately 43.63 acres of high-quality mangrove swamps and saltwater marshes to permit the proposed development. Mangroves and saltwater marsh wetlands act as the first line of defense during storm events by dissipating wave energy and providing for retention of water during

Case No. DCI2016-00026

Z-18-016
Page 2 of 8

periods of storm surge. Impacting this area will make private property and public infrastructure in the surrounding area more vulnerable to the effects of storm events[1]. The request also proposes a canal system to provide water access for proposed residential lots and to meet water quality standards for the development. The dredging that will be required to construct the canal system will impact properties to the south of Caleb Drive that do not currently have water access and may result in long term erosion-related impacts to these properties. Furthermore, the request proposes a 20-foot-wide canal approximately 17 feet from the eastern right-of-way line of Shell Point Boulevard to provide for the flushing of water through a culvert that is proposed to be constructed under Shell Point Boulevard. The proposed canal will feature a 2-to-1 slope on each bank. The tidal influence of this canal, its proximity to the public right-of-way, and the relative steep slopes of the canal may also present long-term erosion that may impact Shell Point Boulevard and access to surrounding residential properties. Therefore, while there are adequate public facilities, infrastructure, and services available to accommodate the request, the request presents significant concerns relative to the protection of public health, safety, and welfare. Therefore, the request is **INCONSISTENT with Objective 2.2 and Policy 2.2.1 of the Lee Plan.**

4.  **Goal 101** seeks to protect human life along with current and future development from the impacts of coastal flooding. **Policy 101.1.1** requires development within the Coastal High Hazard Area to be compatible with natural systems, such as, water retention and purification, wildlife habitat, primary productivity, and defense against coastal flooding. **Policy 101.1.2** notes that the county will protect and conserve the following environmentally sensitive coastal areas: wetlands, estuaries, mangrove stands, undeveloped barrier islands, beach and dune systems, aquatic preserves, wildlife refuges, undeveloped tidal creeks and inlets, critical wildlife habitats, benthic communities, and marine grass beds. This goal is advanced in part by **Policy 5.1.2**, which prohibits residential development where physical constraints or hazards such as flood, storm, or hurricane hazards, unstable soil or geologic conditions, environmental limitations, aircraft noise, or other characteristics that may endanger the residential community exist. Development in the Coastal High Hazard Area is further limited by **Objective 101.3 and Policy 101.3.2. Objective 101.3** seeks to "protect human life and property from natural and man-made disasters," while **Policy 101.3.2** "restricts development in the Coastal High Hazard Area to uplands except as needed for the provision of public facilities."

    The request proposes to locate a 55-unit residential planned development on a property that is predominantly designated Wetlands by the Lee Plan. The subject property is located within the FEMA Flood Hazard Area and the Coastal High Hazard Area and is proximate to significant swaths of state-owned conservation lands. The development of the subject property will not serve to protect and conserve wetlands, estuaries, mangrove stands, or undeveloped tidal creeks and inlets; rather, the development proposes to impact approximately 43.63 acres of wetland areas proximate to mangrove stands and tidal creeks.

---

[1] The Board received testimony from nearby residents living on Caleb Dr. concerning the effect of flooding from Hurricane Ian on properties that were protected by the existing Mangroves compared to other nearby properties that were not adjacent to and protected by the existing Mangroves which were flooded.

Case No. DCI2016-00026

Z-18-016
Page 3 of 8

The request may result in significant erosion- and storm surge-related impacts to private property and public infrastructure. The request proposes dredging to create canals for homes to allow water access, which may impact properties along Caleb Drive that currently do not have water access. The dredging will also impact wetlands and mangroves that currently protect the existing homes along Caleb Drive from storm events and erosion.[2] Because mangroves and wetland areas play an integral role in preventing erosion and dissipating the effects of storm surge, removing this habitat will cause these properties to become increasingly vulnerable to storm surge. Therefore, the request is **INCONSISTENT with Goal 101, Objective 101.3, and Policies 5.1.2, 101.1.1, 101.1.2, and 101.3.2 of the Lee Plan.**

5.   The portion of the subject property west of Shell Point Boulevard is included in the Coastal Barrier Resources System (CBRS) as a result of the as a result of the adoption of the Strengthening Coastal Communities Act (Public Law 115-358) by the United States Congress on December 21, 2018. The Coastal Barrier Resources System was created by the passage of the Coastal Barrier Resources Act (CBRA) of 1982. According to the U.S. Fish and Wildlife Service:

> CBRA designated relatively undeveloped coastal barriers along the Atlantic, Gulf of Mexico, Great Lakes, U.S. Virgin Islands, and Puerto Rico coasts as part of the John H. Chafee Coastal Barrier Resources System (CBRS), and made these areas ineligible for most new federal expenditures and financial assistance. CBRA encourages the conservation of hurricane prone, biologically rich coastal barriers by restricting federal expenditures that encourage development, such as federal flood insurance. Areas within the CBRS can be developed provided that private developers or other non-federal parties bear the full cost.

Like the Coastal Barrier Resources System, **Objective 101.2** seeks to "limit the expenditure of public funds in areas particularly subject to repeated destruction by coastal flooding to only necessary repairs, public safety needs, restoration of natural systems, services to existing residents, and recreation and open space uses." The request, if approved, will place additional demands upon existing infrastructure and services, which are not permitted to be expanded within vulnerable areas of the County. Therefore, the request is **INCONSISTENT with Objective 101.2 of the Lee Plan**

6.   **GOAL 122** of the Lee Plan seeks to "manage estuarine ecosystems in order to conserve productivity through maintaining or improving water quality, protecting wildlife diversity and reducing or maintaining current pollution loading and system imbalances." **Policy 122.1.2** requires "development affecting coastal and estuarine water resources to maintain or enhance the biological and economic productivity of those resources." The request proposes to impact 43.63 acres of mangrove swamp, saltwater marsh, and other surface waters to create a residential community with canals for boating. The increase in residential lots brings increased use of fertilizers and additional boat traffic, which increases the possibility for chemical spills. The applicant is creating a dead-end canal, which can only meet water quality standards through a culvert under Shell Point Boulevard connected to a flushing canal on the east side of Shell Point Boulevard.  The request may result in a degradation of water quality and an increase in pollution loading in

---

[2] Testimony was received by the Board from residents living on Caleb Dr. concerning the effects of flooding during Hurricane Ian which indicated properties located adjacent to the existing mangroves were protected from flooding while properties not protected by the mangroves were flooded.

Case No. DCI2016-00026

Z-18-016
Page 4 of 8

the surrounding wetland areas and waterways. Moreover, the request does not provide for the best use of estuarine areas and does not maintain or enhance the biological productivity of coastal or estuarine resources. Therefore, the request is **INCONSISTENT with Goal 122 and Policy 122.1.2 of the Lee Plan**.

7.     **Goal 123** requires the management of coastal, wetland and upland ecosystems in order to maintain and enhance native habitats, floral and faunal species diversity, water quality, and natural surface water characteristics. **Objective 123.1** notes that the County will "continue to implement resource management policies and regulations that ensure the long-term protection and enhancement of natural upland and wetland habitats by retaining the interconnectedness and functionality of the hydroecological systems in order to progress towards a more ecologically productive and sustainable environment."

**Objective 123.2** seeks to "maintain and enhance the biodiversity of the natural plant communities within Lee County to create a more resilient and sustainable ecosystem." **Policy 123.2.3** seeks to "prevent water management and development projects from altering or disrupting the natural function of significant natural systems." Similarly, **Policy 123.2.4** encourages the protection of viable tracts of sensitive or high-quality natural plant communities within developments.

The subject property is designated Wetlands by the Lee Plan and consists primarily of coastal wetland areas that are part of a larger coastal wetland ecosystem. The request proposes to excavate and fill 43.63 acres of mangrove swamps and saltwater marsh, most of which are in high quality habitat (FLUCCS 612 and 642), to create a residential development with a canal system and supporting infrastructure. The areas where the impacts are proposed cumulatively contain 5.7 acres of noncontiguous, scattered upland areas in addition to the 43.63 acres of wetland areas. Mangroves and saltwater marsh wetlands act as the first line of defense during storm events. Impacting this area will result in vulnerability to private property and structures, as well as to public infrastructure. The request does not maintain or enhance native habitats or floral and faunal species diversity. The request, if approved, will result in significant alteration of natural surface water characteristics on the subject property. The request does not serve to ensure the long-term protection and enhancement of existing natural wetland habitats rather, the request proposes to impact a significant swath of mangrove swamp and saltwater marsh wetland areas.

The proposed Master Concept Plan depicts a 20-foot-wide canal along the east side of Shell Point Boulevard. The canal is proposed to flush water through culverts that are proposed to be constructed under Shell Point Boulevard to enable the development to meet required water quality standards. The proposed excavation presents several issues that do not meet Goal 123 or Objective 123.1.

The proposed canal excavation impacts high quality wetlands, thereby impacting the habitat required for flora and fauna to thrive.  In addition, the canal is proposed to be excavated with 2-to-1 side slopes and will be located 17 feet from the Shell Point Boulevard right-of-way line. LDC Section 10-322 requires roadside swales within County-maintained street rights-of-way to have side and back slopes no steeper than 4 to 1, and requires infrastructure intended to accommodate flow velocities in excess of two feet per second to provide for erosion control measures. The relative steepness of the canal slopes, the proximity of the canal to the Shell Point Boulevard right-of-way, and the tidal influence of the canal may present erosion issues that impact Shell Point Boulevard.

Shell Point Boulevard provides the only point of access to the Palm Acres Residential subdivision and Shell Point Retirement Village.

The request would alter a natural wetland habitat and the functionality of the existing hydroecological system. The request does not serve to maintain and enhance native habitats or floral or faunal species diversity. Furthermore, the design of the proposed development requires significant alteration of natural surface water characteristics in order to meet water quality standards for the proposed development. **Therefore, the request is INCONSISTENT with Lee Plan Goal 123, Objectives 123.1 and 123.2, and Policies 123.2.3 and 123.2.4.**

8.      **Objective 123.3** seeks to "maintain and enhance fish and wildlife diversity and distribution…for the benefit of a balanced ecosystem." **Objective 123.4** seeks to "protect habitats of endangered and threatened species and species of special concern in order to maintain or enhance existing population numbers and distributions of listed species." Mangroves represent important wetland habitat for coastal fishes and provide shelter, breeding and foraging areas for many aquatic species, including the smalltooth sawfish. The subject property area is dedicated as designated Critical Habitat for the smalltooth sawfish. Smalltooth sawfish are typically found in shallow waters, very close to shore over muddy and sandy bottoms. Juvenile Smalltooth sawfish inhabit shallow coastal waters, particularly shallow mud banks and mangrove habitats. The request will result in the loss of a significant swath of mangrove habitat and significant alterations to the characteristics of the existing shoreline. Therefore, the request is **INCONSISTENT with Objectives 123.3 and 123.4 of the Lee Plan.**

9.      **Goal 124** seeks to maintain and enforce a regulatory program for development in wetlands that is cost-effective, complements federal and state permitting processes, and protects the fragile ecological characteristics of wetland systems. **Policy 124.1.1** notes that "development in wetlands is limited to very low density residential uses and uses of a recreational, open space, or conservation nature that are compatible with wetland functions." This policy also reiterates the maximum residential density of one dwelling unit per 20 acres in wetland areas. The FLUCCS Map contained in the Applicant's environmental impact assessment indicates that a significant amount of high-quality habitat (FLUCCS 612 and 642) is proposed to be impacted to accommodate the proposed development. The request seeks to impact approximately 43.63 acres of high-quality wetland areas; therefore **the request is INCONSISTENT with Goal 124 and Policy 124.1.1 of the Lee Plan.**

10.     Regardless of the density proposed by the request, the request is inconsistent with Lee Plan Goals, Objectives and Policies intended to limit density within the Coastal High Hazard Area, to protect and enhance the ecological character of wetlands and coastal areas, to protect life and property from the hazards of natural disasters, to limit public expenditure in areas of the County most vulnerable to the effects of storms, hurricanes, and flooding, to protect the habitat of threatened and endangered species and species of special concern, and to maintain and enhance native habitat, floral and faunal species diversity, fresh and estuarine water quality, and natural surface water characteristics. Specifically, the request is **INCONSISTENT with Goals 101, 122, 123, 124 Objectives 2.1, 2.2, 101.2, 101.3, 123.1, 123.2, 123.3, 123.4, and Policies 2.1.2, 2.2.1, 5.1.2, 101.1.1, 101.1.2, 101.3.2, 122.1.2, 123.2.3, 123.2.4, and 124.1.1 of the Lee Plan.**

Case No. DCI2016-00026

Z-18-016
Page 6 of 8

Moreover, the request, if approved, will adversely impact environmentally critical and sensitive areas and natural resources. Approval of the request will result in the loss of critical saltwater marsh and mangrove swamp habitat. The loss of this habitat will exacerbate the effects of storm surge, flooding, and erosion on established residential uses to the north of the subject property because these areas are integral to mitigating the effects of storm surge and flooding. Finally, the excavation and dredging required to extend the existing canal to provide water access to individual residential lots within the proposed development, and the establishment of a tidally-influenced flushing canal and culvert along the eastern side and under the Shell Point Boulevard right-of-way to meet the water quality standards for the proposed development presents significant concerns with respect to flooding and erosion that will impede access along the only roadway serving established residential uses to the north of the subject property.

## SECTION D.   SCRIVENER'S ERRORS

The Board intends that this resolution can be renumbered or relettered and typographical errors that do not affect the intent and are consistent with the Board's action can be corrected with the authorization of the County Manager or his designee, without the need for a public hearing.

Commissioner Ruane made a motion to adopt the foregoing resolution, seconded by Commissioner Pendergrass.   The vote was as follows:

Adopted by unanimous consent.

| | |
|---|---|
| Kevin Ruane | Aye |
| Cecil L Pendergrass | Aye |
| Raymond Sandelli | Aye |
| Brian Hamman | Aye |
| Mike Greenwell | Aye |

DULY PASSED AND ADOPTED this 5th day of April 2023.

ATTEST:
KEVIN KARNES, CLERK

BY: _____
Deputy Clerk

BOARD OF COUNTY COMMISSIONERS
OF LEE COUNTY, FLORIDA

BY: _____
Brian Hamman, Chair

APPROVED AS TO FORM FOR THE
RELIANCE OF LEE COUNTY ONLY

_____
Michael D. Jacob
Deputy County Attorney
County Attorney's Office



RECEIVED
MINUTES OFFICE
2023 APR 25   PM 3:57

Case No. DCI2016-00026

Z-18-016
Page 8 of 8



EXHIBIT A



## PROPERTY DESCRIPTION

ALL THAT CERTAIN PARCEL OF LAND SITUATE IN SECTION 34, TOWNSHIP 45 SOUTH, RANGE 23 EAST, AS DESCRIBED IN INSTRUMENT #2008000188552 OF THE PUBLIC RECORDS OF LEE COUNTY, FLORIDA AND MORE PARTICULARLY DESCRIBED PER SURVEY AS FOLLOWS:

BEGINNING AT THE SOUTHWEST CORNER OF SECTION 34, TOWNSHIP 45 SOUTH, RANGE 23 EAST, THENCE FROM SAID POINT OF BEGINNING ALONG THE WESTERLY SIDE OF SAID SECTION 34, NORTH 03°41'00" EAST, A DISTANCE OF 256.98 FEET; THENCE NORTH 88°48'59" EAST, A DISTANCE OF 5.02 FEET; THENCE PARALLEL WITH AND 5 FEET EASTERLY OF SAID SECTION LINE, NORTH 03°41'00" EAST, A DISTANCE OF 412.00 FEET TO A POINT ON THE SOUTH LINE OF THE FIRST ADDITION TO PALM ACRES SUBDIVISION, RECORDED IN PLAT BOOK 34, PAGE 119, OF THE PUBLIC RECORDS OF LEE COUNTY, FLORIDA; THENCE ALONG SAID FIRST ADDITION TO PALM ACRES FOR THE FOLLOWING THREE (3) COURSES AND DISTANCES; (1) SOUTH 86°09'45" EAST, A DISTANCE OF 464.09 FEET; (2) NORTH 46°55'51" EAST, A DISTANCE OF 645.85 FEET; (3) NORTH 32°48'12" EAST, A DISTANCE OF 314.25 FEET; THENCE NORTH 57°11'48" WEST, A DISTANCE OF 59.99 FEET TO THE SOUTHEAST CORNER OF LOT 36 OF SAID FIRST ADDITION TO PALM ACRES; THENCE RUN ALONG THE SOUTH LINE OF LOTS 36-39 OF SAID PLAT, NORTH 32°48'12" EAST, A DISTANCE OF 444.23 FEET TO A POINT OF CURVATURE; THENCE NORTHEASTERLY, ALONG THE ARC OF A CIRCLE CURVING TO THE RIGHT HAVING A RADIUS OF 254.99 FEET, A CENTRAL ANGLE OF 34°54'32", THE ARC DISTANCE OF 155.36 FEET (CHORD OF SAID ARC BEARING NORTH 50°15'28" EAST, A DISTANCE OF 152.97 FEET)TO A POINT OF TANGENCY; THENCE NORTH 67°42'44" EAST, A DISTANCE OF 313.51 FEET TO THE WESTERLY SIDE OF SHELL POINT BOULEVARD, 100 FEET WIDE; THENCE SOUTHEASTERLY ALONG THE WESTERLY SIDE OF SAID ROAD FOR THE FOLLOWING TWO (2) COURSES; (1) RUN ALONG THE ARC OF A NON TANGENTIAL CIRCLE CURVING TO THE LEFT HAVING A RADIUS OF 9,578.32 FEET, A CENTRAL ANGLE OF 09°28'39", THE DISTANCE OF 1,584.39 FEET (CHORD OF SAID ARC BEARING SOUTH 28°03'26" EAST, A DISTANCE OF 1,582.58 FEET)TO A POINT OF REVERSE CURVE; (2) THENCE SOUTHEASTERLY, ALONG THE ARC OF A CIRCLE CURVING TO THE RIGHT HAVING A RADIUS OF 8,673.23 FEET, A CENTRAL ANGLE OF 03°55'28", THE DISTANCE OF 594.09 FEET (CHORD OF SAID ARC BEARING SOUTH 30°50'01" EAST, A DISTANCE OF 593.97 FEET) TO A POINT ON THE SOUTH LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 34; THENCE ALONG THE SOUTH LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 34, SOUTH 88°50'12" WEST, A DISTANCE OF 153.37 FEET TO THE SOUTH QUARTER CORNER OF SAID SECTION 34; THENCE ALONG THE SOUTH LINE OF THE SOUTHWEST QUARTER OF SECTION 34, SOUTH 88°48'59" WEST, A DISTANCE OF 1,213.12 FEET; THENCE ALONG THE MEAN HIGH WATER LINE OF CERTAIN TIDAL WATERS THE FOLLOWING NINE (9) COURSES AND DISTANCES; (1) NORTH 24°00'00" WEST, A DISTANCE OF 76.42 FEET; (2) NORTH 70°00'00" WEST, A DISTANCE OF 107.00 FEET; (3) NORTH 54°30'00" WEST, A DISTANCE OF 107.00 FEET; (4) NORTH 48°00'00" WEST, A DISTANCE OF 85.00 FEET; (5) NORTH 77°30'00" WEST, A DISTANCE OF 101.00 FEET; (6) SOUTH 75°00'00" WEST, A DISTANCE OF 32.00 FEET; (7) SOUTH 50°00'00" WEST, A DISTANCE OF 78.00 FEET; (8) SOUTH 21°00'00" WEST, A DISTANCE OF 130.00 FEET; (9) SOUTH 14°00'00" WEST, A DISTANCE OF 81.00 FEET TO A POINT ON SAID SOUTH LINE OF THE SOUTHWEST QUARTER OF SECTION 34; THENCE CONTINUING ALONG SAID SOUTH LINE OF THE SOUTHWEST QUARTER OF SECTION 34, SOUTH 88°48'59" WEST, A DISTANCE OF 896.50 FEET TO THE POINT OF BEGINNING.

CONTAINING 65.13 ACRES MORE OF LESS.

RECEIVED
MAY 04 2017
COMMUNITY DEVELOPMENT

DCI 2016-00026

Applicant's Legal Checked
by DCM 16 Aug 17

## NOTES:

1. BEARINGS SHOWN HEREON ARE BASED ON THE STATE PLANE COORDINATE SYSTEM, NORTH AMERICAN DATUM OF 1983/1990 ADJUSTMENT (NAD83/90) FOR FLORIDA ZONE WEST. REFERENCE BEARING IS THE SOUTH LINE OF THE SOUTHWEST QUARTER OF SECTION 34, TOWNSHIP 45 SOUTH, RANGE 23 EAST, LEE COUNTY FLORIDA, BEING S 88°48'59" W.

2. DIMENSIONS SHOWN HEREON ARE IN U.S. SURVEY FEET AND DECIMALS THEREOF.

3. THIS SKETCH AND DESCRIPTION IS NOT VALID WITHOUT THE SIGNATURE AND ORIGINAL RAISED SEAL OF A LICENSED FLORIDA SURVEYOR AND MAPPER. NO ADDITIONS OR DELETIONS TO THIS SKETCH AND DESCRIPTION ARE PERMITTED WITHOUT THE EXPRESSED WRITTEN CONSENT OF THE SIGNING PARTY.

*"NOT A SURVEY"*

| | |
|---|---|
| DRAWN BY: | KJG |
| CHECKED BY: | DLS |
| JOB CODE: | EOPAR |
| SCALE: | N/A |
| DATE: | 28 MARCH 2017 |
| FILE: | 17-01-L&S |
| SHEET: | 1 of 2 |

NOT COMPLETE WITHOUT SHEETS 1 – 2 OF 2

GradyMinor

Q. Grady Minor and Associates, P.A.
3800 Via Del Rey
Bonita Springs, Florida 34134

Civil Engineers • Land Surveyors • Planners • Landscape Architects
Cert. of Auth. EB 0005151 · Cert. of Auth. LB 0005151 · Business LC 26000266

Bonita Springs: 239.947.1144 · www.GradyMinor.com · Fort Myers: 239.690.4380

SKETCH AND DESCRIPTION

A PARCEL OF LAND

LYING IN
SECTION 34, TOWNSHIP 45 SOUTH, RANGE 23 EAST
LEE COUNTY, FLORIDA

3/31/17
DATE SIGNED
DONALD L. SAINTENOY III, P.S.M.
FL LICENSE #6761
FOR THE FIRM

G:\SURVEY\PROJECT SURVEY 2017\01 – SHELL POINT ISLES\SURVEY\17-01-L&S.DWG

EXHIBIT B

THIS PLAN MAY HAVE BEEN ENLARGED OR REDUCED FROM INTENDED DISPLAY SCALE FOR REPRODUCTION REASONS

SCALE: 1" = 400'

0   200'   400'   800'

-N-

## LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | N 24°00'00" W | 76.42' |
| L2 | N 70°00'00" W | 107.00' |
| L3 | N 54°30'00" W | 107.00' |
| L4 | N 48°00'00" W | 85.00' |
| L5 | N 77°30'00" W | 101.00' |
| L6 | S 50°00'00" W | 32.00' |
| L7 | S 21°00'00" W | 78.00' |
| L8 | S 21°00'00" W | 130.00' |
| L9 | S 14°00'00" W | 81.00' |

(O.R. BOOK 1057 PAGE 1645)

POB
SOUTHWEST CORNER
OF SECTION 34

N 88° 48' 59" E
5.02'

N 03° 41' 00" E
412.00'

N 03° 41' 00" E
256.98'

S 86° 09' 45" E
464.09'

4   33
3   34

S 88° 48' 59" W
896.50'

(O.R. BOOK 3173 PAGE 2683)

2ND ADDITION TO PALM ACRES
(INSTRUMENT # 20160001581154)

FIRST ADDITION TO PALM ACRES
(PLAT BOOK 34 PAGE 119)

JASON'S PASSAGE SOUTH

N 46° 55' 51" E
645.85'

N 32° 48' 12" E
314.25'

N 57° 11' 48" W
59.99'

N 32°48'12" E
444.23'

ARC = 155.36'
RAD = 254.99'
DELTA = 34°54'32"
CB = N 50°15'28" E
CH = 152.97'

LESS INSTRUMENTS #2006000118650
INSTRUMENT #20060000189052 &
#20060000251377

N 67°42'44" E
313.51'

SHELL POINT BOULEVARD

ARC = 594.09'
RAD = 8,673.23'
DELTA = 3°55'28"
CB = S 30°50'01" E
CH = 594.97'

ARC = 1,584.19'
RAD = 9,578.32'
DELTA = 9°28'35"
CB = S 28°03'26" E
CH = 1,582.58'

S 86° 48' 59" W
1,213.12'

(O.R. BOOK 3173 PAGE 2683)

(O.R. BOOK 3173 PAGE 2683)

### LEGEND

POC    POINT OF COMMENCEMENT
POB    POINT OF BEGINNING
OR     OFFICIAL RECORDS BOOK
PG(S)  PAGE(S)
CB     CHORD BEARING
CH     CHORD LENGTH

"NOT A SURVEY"

**GradyMinor**

Civil Engineers   •   Land Surveyors   •   Planners   •   Landscape Architects

Q. Grady Minor and Associates, P.A.
3800 Via Del Rey
Bonita Springs, Florida 34134

Bonita Springs: 239.947.1144
Fort Myers: 239.690.4380

Cert. of Auth. EB 0005151
Cert. of Auth. LB 0005151
Business LC 26000266

www.GradyMinor.com

### SKETCH AND DESCRIPTION

A PARCEL OF LAND

LYING IN
SECTION 34, TOWNSHIP 45 SOUTH, RANGE 23 EAST
LEE COUNTY, FLORIDA

NOT COMPLETE WITHOUT SHEETS 1 - 2 OF 2

| | |
|---|---|
| DRAWN BY: DLS | CHECKED BY: KJG |
| DATE: 28 MARCH 2017 | JOB CODE: EOPAR |
| SCALE: 1" = 400' | FILE: 17-01-L&S |
| SHEET: 2 of 2 | |

G:\SURVEY\PROJECT SURVEY 2017\01 - SHELL POINT ISLES\SURVEY\17-01-L&S.DWG

RECEIVED
MAY 04 2017
COMMUNITY DEVELOPMENT

Applicant's Legal Checked
by DCM 16 Aug 17

DCI 2016-00026

RECEIVED
MAY 0 4 2017
COMMUNITY DEVELOPMENT

DCI 2016-00026

Applicant's Legal Checked
by Rcm 16 Aug 2017

## GradyMinor

Civil Engineers • Land Surveyors • Planners • Landscape Architects

Q. Grady Minor and Associates, P.A.
3800 Via Del Rey
Bonita Springs, Florida 34134

Cert. of Auth. EB 0005151
Cert. of Auth. LB 0005151
Business LC 26000266

Bonita Springs: 239.947.1144
Fort Myers: 239.690.4380

www.GradyMinor.com

## PROPERTY DESCRIPTION

ALL THAT CERTAIN PARCEL OF LAND SITUATE IN SECTION 34, TOWNSHIP 45 SOUTH, RANGE 23 EAST, AS DESCRIBED IN INSTRUMENT #2008000251376 OF THE PUBLIC RECORDS OF LEE COUNTY, FLORIDA AND MORE PARTICULARLY DESCRIBED PER SURVEY AS FOLLOWS:

COMMENCING AT THE SOUTHEAST CORNER OF SAID SECTION 34, RUN NORTH 88°48'59" EAST, A DISTANCE OF 2,667.09 FEET TO THE SOUTH QUARTER CORNER OF SAID SECTION 34; THENCE CROSSING THE WESTERLY SIDE OF SHELL POINT BOULEVARD NORTH 88°50'12" EAST, A DISTANCE OF 265.14 FEET TO A POINT ON THE EASTERLY RIGHT-OF-WAY LINE OF SAID SHELL POINT BOULEVARD, 100 FEET WIDE, BEING THE POINT OF BEGINNING; THENCE RUN FROM SAID POINT OF BEGINNING, NORTHWESTERLY ALONG THE SAID EASTERLY SIDE OF SHELL POINT BOULEVARD ALONG THE ARC OF A NON-TANGENTIAL CIRCULAR CURVE TO THE LEFT HAVING A RADIUS OF 8,773.22 FEET, A CENTRAL ANGLE OF 04°16'01", THE ARC DISTANCE OF 653.37 FEET (CHORD OF SAID ARC BEARING NORTH 30°39'45" WEST FOR A DISTANCE OF 653.22 FEET) TO A POINT OF REVERSE CURVATURE; THENCE CONTINUING ALONG THE SAID SIDE OF ROAD, NORTHWESTERLY ALONG THE ARC OF A CIRCLE CURVING TO THE RIGHT HAVING A RADIUS OF 9,473.32 FEET, A CENTRAL ANGLE OF 09°26'36", THE ARC DISTANCE OF 1,560.27 FEET (CHORD OF SAID ARC BEARING NORTH 28°04'27" WEST, A DISTANCE OF 1,560.50 FEET) TO THE SOUTHWEST CORNER OF THE LANDS DESCRIBED IN OFFICIAL RECORD BOOK 3412 PAGE 2543 OF THE PUBLIC RECORDS OF LEE COUNTY, FLORIDA; THENCE RUN ALONG THE SOUTHERLY LINE OF SAID LANDS, THENCE RUN ALONG THE EAST LINE OF SAID LANDS, NORTH 67°43'26" EAST, A DISTANCE OF 120.02 FEET TO THE SOUTHEAST CORNER OF SAID LANDS DESCRIBED IN OFFICIAL RECORD BOOK 3412 PAGE 2543, NORTHWESTERLY, ALONG THE ARC OF A NON-RADIAL LINE, NORTH 67°43'26" EAST, A DISTANCE OF 9,358.88 FEET, A CENTRAL ANGLE OF 01°06'04", THE DISTANCE OF 179.86 FEET (CHORD OF SAID LANDS DESCRIBED IN DEED BOOK 1611, PAGE 36 BOOK 25, PAGE 68 OF THE PUBLIC RECORDS OF LEE COUNTY, FLORIDA, THENCE RUN ALONG THE NORTH 22°48'56" WEST, A CENTRAL UNIT 1 SUBDIVISION, FOR THE FOLLOWING TWO (2) COURSES AND DISTANCES: (1) NORTH 35°41'26" EAST, A DISTANCE OF 304.99 FEET, (2) NORTH 71°11'26" EAST, A DISTANCE OF 93.32 FEET TO A POINT ON THE BULKHEAD LINE FOR THE FOLLOWING FIVE (5) CALLS: (1) OF THE PUBLIC RECORDS OF LEE COUNTY, FLORIDA; THENCE ALONG SAID BULKHEAD LINE AND ALONG THE SOUTH LINE OF SAID PALM ACRES SOUTHEASTERLY, ALONG THE ARC OF A NON-TANGENTIAL CIRCULAR CURVE TO THE RIGHT HAVING A RADIUS OF 400.00 FEET, A CENTRAL ANGLE OF 44°29'46", THE ARC DISTANCE OF 310.65 FEET (CHORD OF SAID ARC BEARING SOUTH 36°47'28" EAST, A DISTANCE OF 302.90 FEET) TO A POINT OF TANGENCY; (2) SOUTH 59°02'21" EAST, A DISTANCE OF 271.04 FEET TO A POINT OF CURVATURE; (3) EASTERLY, ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 260.00 FEET, A CENTRAL ANGLE OF 94°11'46", THE ARC DISTANCE OF 427.65 FEET (CHORD OF SAID ARC BEARING NORTH 73°51'46" EAST, A DISTANCE OF 380.91 FEET) TO A POINT OF REVERSE CURVATURE; (4) EASTERLY, ALONG THE ARC OF A CURVE TO THE RIGHT, HAVING A RADIUS OF 150.00 FEET, A CENTRAL ANGLE OF 94°11'54", THE ARC DISTANCE OF 246.61 FEET (CHORD OF SAID ARC BEARING NORTH 73°51'49" EAST, A DISTANCE OF 219.76 FEET) TO A POINT OF TANGENCY; (5) SOUTH 59°02'21" EAST, A DISTANCE OF 116.50 FEET; THENCE LEAVING SAID BULKHEAD LINE AND ALONG THE WEST LINE OF THE EAST HALF OF THE SOUTHEAST QUARTER OF SAID SECTION 34, SOUTH 00°20'08" WEST, A DISTANCE OF 2,319.13 FEET TO A POINT, THENCE ALONG THE SOUTH LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 34, SOUTH 88°50'12" WEST, A DISTANCE OF 1,657.59 FEET TO THE POINT OF BEGINNING.

CONTAINING 93.18 ACRES, BEING THE SAME MORE OR LESS.

## NOTES:

1. BEARINGS SHOWN HEREON ARE BASED ON THE STATE PLANE COORDINATE SYSTEM, NORTH AMERICAN DATUM OF 1983/1990 ADJUSTMENT (NAD83/90) FOR FLORIDA ZONE WEST, REFERENCE BEARING IS THE SOUTH LINE OF THE SOUTHEAST QUARTER OF SECTION 34, TOWNSHIP 45 SOUTH, RANGE 23 EAST, LEE COUNTY FLORIDA, BEING N 88°48'59" E.

2. DIMENSIONS SHOWN HEREON ARE IN U.S. SURVEY FEET AND DECIMALS THEREOF.

I THIS SKETCH AND DESCRIPTION IS NOT VALID WITHOUT THE SIGNATURE AND ORIGINAL RAISED SEAL OF A LICENSED FLORIDA SURVEYOR AND MAPPER. NO ADDITIONS OR DELETIONS TO THIS SKETCH AND DESCRIPTION ARE PERMITTED WITHOUT THE EXPRESSED WRITTEN CONSENT OF THE SIGNING PARTY.

## SKETCH AND DESCRIPTION

### A PARCEL OF LAND

LYING IN
SECTION 34, TOWNSHIP 45 SOUTH, RANGE 23 EAST
LEE COUNTY, FLORIDA

NOT COMPLETE WITHOUT SHEETS 1 - 2 OF 2

*NOT A SURVEY*

| | |
|---|---|
| DRAWN BY: | KJG |
| CHECKED BY: | DLS |
| JOB CODE: | EOPAR |
| SCALE: | N/A |
| DATE: | 28 MARCH 2017 |
| FILE: | 17-01-L&S |
| SHEETS: | 1 of 2 |

G:\SURVEY\PROJECT SURVEY 2017\01 - SHELL POINT ISLES\SURVEY\17-01-L&S.DWG

DONALD L. SAWTELLE, P.S.M.
FL LICENSE No. 6701



*NOT A SURVEY*

GradyMinor

Civil Engineers • Land Surveyors • Planners • Landscape Architects

Q. Grady Minor and Associates, P.A.
3800 Via Del Rey
Bonita Springs, Florida 34134

Cert. of Auth. EB 0005151 • Cert. of Auth. LB 0005151 • Business LC 26000266

Bonita Springs: 239.947.1144 • Fort Myers: 239.690.4380

www.GradyMinor.com

SKETCH AND DESCRIPTION

A PARCEL OF LAND

LYING IN
SECTION 34, TOWNSHIP 45 SOUTH, RANGE 23 EAST
LEE COUNTY, FLORIDA

NOT COMPLETE WITHOUT SHEETS 1 - 2 OF 2

| | |
|---|---|
| DRAWN BY: | KJG |
| CHECKED BY: | DLS |
| JOB CODE: | EOPAR |
| SCALE: | 1" = 400' |
| DATE: | 28 MARCH 2017 |
| FILE: | 17-01-L&S |
| SHEET: | 2 of 2 |

SHELL POINT BOULEVARD

POC
SOUTHWEST CORNER
OF SECTION 34

POB

S 88° 50' 12" W    1,057.69'

N 88° 48' 59" E
2647.09'

N 88° 50' 12" E
266.14'

(O.R. BOOK 282B PAGE 2707)

(INSTRUMENT #2008000251376)

Ⓐ LOT 21, PALM ACRES UNIT 1
(PB 25, PG 68)
Ⓑ (O.R. BOOK 3412 PAGE 2543)
Ⓒ (O.R. BOOK 3412 PAGE 2543)

ARC = 651.37'
RAD = 8,773.22'
DELTA = 4°16'01"
CB = N 30°30'45" W
CH = 651.22'

ARC = 1,562.27'
RAD = 9,478.32'
DELTA = 9°26'38"
CB = N 26°04'27" W
CH = 1,560.50'

ARC = 179.86'
RAD = 9,356.86'
DELTA = 1°06'04"
CB = N 22°48'56" W
CH = 179.86'

N 67°43'26" E
120.02'

ARC = 427.45'
RAD = 260.00'
DELTA = 94°11'46"
CB = N 73°51'49" E
CH = 380.91'

ARC = 246.61'
RAD = 150.00'
DELTA = 94°11'54"
CB = N 73°51'49" E
CH = 219.76'

ARC = 310.65'
RAD = 400.00'
DELTA = 44°29'48"
CB = S 35°47'28" E
CH = 302.90'

N 354'26" E
204.99'

S 59°02'21" E
116.50'

(WATERWAY)

N 77°11'26" E
933.92'

IONA COVE

S 59°02'21" E
271.04'

(O.R. BOOK 3111 PAGE 476)

S 00° 20' 08" W
2,319.13'

LEGEND
POC  POINT OF COMMENCEMENT
POB  POINT OF BEGINNING
OR   OFFICIAL RECORDS BOOK
PG(S) PAGE(S)
CB   CHORD BEARING
CH   CHORD LENGTH
PB   PLAT BOOK

-N-

SCALE: 1" = 400'

0    200'   400'        800'

THIS PLAN MAY HAVE BEEN ENLARGED OR
REDUCED FROM INTENDED DISPLAY SCALE
FOR REPRODUCTION REASONS

RECEIVED
MAY 04 2017
COMMUNITY DEVELOPMENT

Applicant's Legal Checked
by SLM 16 Aug 17

G:\SURVEY\PROJECT SURVEY 2017\01 - SHELL POINT ISLES\SURVEY\17-01-L&S.DWG

DCI 2016-00026

Case 2:26-cv-00089-SPC-KCD Document 21-3 Filed 05/30/25 Page 13 of 50 PageID 675

GradyMinor

Civil Engineers • Land Surveyors • Planners • Landscape Architects

Q. Grady Minor and Associates, P.A.
3800 Via Del Rey
Bonita Springs, Florida 34134
Business LC 26000266

Bonita Springs: 239.947.1144
Fort Myers: 239.690.4380
www.GradyMinor.com

Cert. of Auth. EB 0005151
Cert. of Auth. LB 0005151

SITE MAP

LYING IN

SECTION 33, TOWNSHIP 46 SOUTH, RANGE 23 EAST
SECTIONS 4, 9, & 10, TOWNSHIP 46 SOUTH, RANGE 23 EAST
LEE COUNTY, FLORIDA

*"NOT A SURVEY"*

| | |
|---|---|
| DRAWN BY: | KJG |
| CHECKED BY: | DLS |
| JOB CODE: | EOPAR |
| SCALE: | N/A |
| DATE: | 28 MARCH 2017 |
| FILE: | 17-01-L&S |
| SHEET: | 1 of 1 |

-N-
NOT TO SCALE

CALOOSAHATCHEE RIVER

TOWNSHIP 46 SOUTH, RANGE 23 EAST
TOWNSHIP 46 SOUTH, RANGE 23 EAST

SECTION 33
SECTION 4
SECTION 9
SECTION 34
SECTION 3
SECTION 10

ISLAND "K"
ISLAND "J"
ISLAND "E"
ISLAND "F"
ISLAND "D"
ISLAND "C"
ISLAND "B"
ISLAND "A"
ISLAND "G"
ISLAND "H"
ISLAND "I"

PUNTA RASSA COVE
IONA COVE
SHELL CREEK

JOHNATHAN DRIVE HARBOR
CALNAN DRIVE
DAVID DRIVE
CALES DRIVE S.W.
EDEN STREET
FAIR HAVEN ROAD

McGREGOR BOULEVARD
SHELL POINT BOULEVARD

RECEIVED
MAY 0 4 2017
COMMUNITY DEVELOPMENT

DCI 2016-00026

Applicant's Legal Checked
by DCM 16 Aug 2017

G:\SURVEY\PROJECT SURVEY 2017\01 - SHELL POINT ISLES\SURVEY\17-01-L&S.DWG

## LINE TABLE

| LINE # | BEARING | DISTANCE |
|---|---|---|
| L1 | N 8°34'23" E | 123.76' |
| L2 | N 12°12'06" E | 52.27' |
| L3 | N 54°07'45" E | 40.68' |
| L4 | N 11°12'01" E | 210.51' |
| L5 | N 3°55'46" W | 200.55' |
| L6 | N 8°11'45" E | 43.32' |
| L7 | N 4°14'43" E | 160.33' |
| L8 | N 11°17'06" W | 86.27' |
| L9 | N 10°00'59" W | 110.84' |
| L10 | N 13°17'14" W | 173.96' |
| L11 | N 15°24'26" W | 87.08' |
| L12 | N 16°16'06" W | 153.53' |
| L13 | N 24°07'53" W | 143.92' |
| L14 | N 83°23'10" W | 50.53' |
| L15 | N 71°17'37" W | 10.65' |
| L16 | S 41°55'08" W | 48.01' |
| L17 | S 42°59'21" W | 52.47' |
| L18 | S 89°08'39" E | 71.61' |
| L19 | S 70°05'21" E | 22.67' |
| L20 | S 45°13'45" E | 73.92' |
| L21 | S 38°39'09" E | 9.54' |
| L22 | S 7°03'51" W | 61.17' |
| L23 | S 9°22'22" W | 70.92' |
| L24 | S 28°38'27" W | 81.61' |
| L25 | S 4°42'16" W | 12.41' |
| L26 | S 44°33'21" W | 3.98' |
| L27 | N 33°04'13" W | 15.64' |
| L28 | N 46°31'46" W | 4.17' |
| L29 | N 59°56'34" W | 30.79' |
| L30 | N 47°05'26" W | 33.40' |
| L31 | N 38°58'18" W | 204.31' |
| L32 | N 64°01'55" W | 24.30' |
| L33 | N 45°15'58" W | 17.89' |
| L34 | N 78°42'08" W | 79.03' |
| L35 | N 79°27'31" W | 80.36' |
| L36 | S 84°06'43" W | 32.45' |
| L37 | S 44°00'19" W | 77.73' |
| L38 | S 32°15'59" W | 231.31' |
| L39 | S 12°03'25" E | 87.65' |
| L40 | S 16°22'03" E | 122.21' |
| L41 | S 17°50'17" W | 185.92' |
| L42 | S 11°47'22" W | 38.95' |
| L43 | S 5°07'04" W | 109.26' |

## LINE TABLE

| LINE # | BEARING | DISTANCE |
|---|---|---|
| L44 | S 3°44'11" W | 43.91' |
| L45 | S 3°51'44" E | 30.99' |
| L46 | S 15°32'05" W | 138.40' |
| L47 | S 8°41'23" W | 32.21' |
| L48 | N 0°56'17" W | 36.69' |
| L49 | N 6°18'13" W | 82.97' |
| L50 | N 12°54'11" W | 46.25' |
| L51 | N 0°38'03" E | 37.95' |
| L52 | N 8°13'37" W | 136.60' |
| L53 | N 6°54'21" W | 150.48' |
| L54 | N 43°16'30" E | 102.87' |
| L55 | N 13°44'37" W | 105.23' |
| L56 | N 15°03'34" W | 89.69' |
| L57 | N 24°46'26" W | 16.00' |
| L58 | N 40°09'52" W | 108.19' |
| L59 | N 41°50'58" W | 84.24' |
| L60 | S 86°08'12" W | 20.22' |
| L61 | S 89°13'07" W | 10.07' |
| L62 | S 28°01'57" W | 16.53' |
| L63 | S 20°09'06" W | 30.09' |
| L64 | S 29°03'51" W | 114.99' |
| L65 | S 48°29'52" W | 85.11' |
| L66 | S 66°07'46" W | 182.35' |
| L67 | N 67°34'06" W | 205.12' |
| L68 | S 45°37'28" W | 172.77' |
| L69 | S 76°46'42" W | 64.74' |
| L70 | S 75°36'36" W | 52.67' |
| L71 | S 70°45'41" W | 68.75' |
| L72 | S 28°36'06" W | 73.97' |
| L73 | S 27°17'14" W | 154.35' |
| L74 | S 16°49'58" W | 107.84' |
| L75 | S 16°52'00" W | 93.70' |
| L76 | S 34°13'58" W | 9.29' |
| L77 | S 65°55'59" W | 125.61' |
| L78 | S 72°50'48" W | 74.60' |
| L79 | S 42°46'54" W | 88.85' |
| L80 | S 18°16'18" W | 105.16' |
| L81 | S 55°52'04" W | 125.09' |
| L82 | S 44°16'17" W | 12.48' |
| L83 | S 4°13'02" E | 61.68' |
| L84 | S 2°04'16" E | 72.33' |
| L85 | S 0°51'03" E | 158.58' |
| L86 | S 28°52'02" W | 35.77' |

## PROPERTY DESCRIPTION

### DCI 2016-00026

A TRACT OF LAND LYING IN SECTION 33, TOWNSHIP 45 SOUTH, RANGE 23 EAST, LEE COUNTY, FLORIDA, HAVING BEEN ESTABLISHED BY A MEAN HIGH WATER STUDY, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHEAST CORNER OF SECTION 33, TOWNSHIP 45 SOUTH, RANGE 23 EAST; THENCE RUN ALONG THE EAST LINE OF THE SOUTHEAST QUARTER OF SAID SECTION, NORTH 03°41'00" EAST FOR A DISTANCE OF 2,652.69 FEET TO THE NORTHEAST CORNER OF THE SOUTHEAST QUARTER OF SECTION 33; THENCE RUN ALONG THE NORTH LINE OF THE SOUTHEAST QUARTER, SOUTH 86°47'50" WEST FOR A DISTANCE OF 1,137.01 FEET TO THE NORTHEAST CORNER OF THE TRACT OF LAND HEREIN DESCRIBED AND THE POINT OF BEGINNING.

THENCE LEAVING SAID NORTH LINE OF THE SOUTHEAST QUARTER, RUNNING ALONG THE MEAN HIGH WATER LINE, THE FOLLOWING 86 COURSES AND DISTANCES: 1) SOUTH 28°52'02" WEST FOR A DISTANCE OF 35.77 FEET; 2) SOUTH 00°51'03" EAST FOR A DISTANCE OF 158.58 FEET; 3) SOUTH 02°04'16" EAST FOR A DISTANCE OF 72.33 FEET; 4) SOUTH 04°13'02" EAST FOR A DISTANCE OF 61.68 FEET; 5) SOUTH 44°16'17" WEST FOR A DISTANCE OF 12.48 FEET; 6) SOUTH 55°52'04" WEST FOR A DISTANCE OF 125.09 FEET; 7) SOUTH 18°16'18" WEST FOR A DISTANCE OF 105.16 FEET; 8) SOUTH 42°46'54" WEST FOR A DISTANCE OF 88.85 FEET; 9) SOUTH 72°50'48" WEST FOR A DISTANCE OF 74.60 FEET; 10) SOUTH 65°55'59" WEST FOR A DISTANCE OF 125.61 FEET; 11) SOUTH 34°13'58" WEST FOR A DISTANCE OF 9.29 FEET; 12) SOUTH 16°52'00" WEST FOR A DISTANCE OF 93.70 FEET; 13) SOUTH 16°49'58" WEST FOR A DISTANCE OF 107.84 FEET; 14) SOUTH 27°17'14" WEST FOR A DISTANCE OF 154.35 FEET; 15) SOUTH 28°36'06" WEST FOR A DISTANCE OF 73.97 FEET; 16) SOUTH 70°45'41" WEST FOR A DISTANCE OF 68.75 FEET; 17) SOUTH 75°36'36" WEST FOR A DISTANCE OF 52.67 FEET; 18) SOUTH 76°46'42" WEST FOR A DISTANCE OF 64.74 FEET; 19) SOUTH 45°37'28" WEST FOR A DISTANCE OF 172.77 FEET; 20) NORTH 67°34'06" WEST FOR A DISTANCE OF 205.12 FEET; 21) SOUTH 66°07'46" WEST FOR A DISTANCE OF 182.35 FEET; 22) SOUTH 48°29'52" WEST FOR A DISTANCE OF 85.11 FEET; 23) SOUTH 29°03'51" WEST FOR A DISTANCE OF 114.99 FEET; 24) SOUTH 20°09'06" WEST FOR A DISTANCE OF 30.09 FEET; 25) SOUTH 28°01'57" WEST FOR A DISTANCE OF 16.53 FEET; 26) SOUTH 89°13'07" WEST FOR A DISTANCE OF 10.07 FEET; 27) SOUTH 86°08'12" WEST FOR A DISTANCE OF 20.22 FEET; 28) NORTH 41°50'58" WEST FOR A DISTANCE OF 84.24 FEET; 29) NORTH 40°09'52" WEST FOR A DISTANCE OF 108.19 FEET; 30) NORTH 24°46'26" WEST FOR A DISTANCE OF 16.00 FEET; 31) NORTH 15°03'34" WEST FOR A DISTANCE OF 89.69 FEET; 32) NORTH 13°44'37" WEST FOR A DISTANCE OF 105.23 FEET; 33) NORTH 43°16'30" EAST FOR A DISTANCE OF 102.87 FEET; 34) NORTH 06°54'21" WEST FOR A DISTANCE OF 150.48 FEET; 35) NORTH 08°13'37" WEST FOR A DISTANCE OF 136.60 FEET; 36) NORTH 00°38'03" EAST FOR A DISTANCE OF 37.95 FEET; 37) NORTH 12°54'11" WEST FOR A DISTANCE OF 46.25 FEET; 38) NORTH 06°18'13" WEST FOR A DISTANCE OF 82.97 FEET; 39) NORTH 00°56'17" WEST FOR A DISTANCE OF 36.69 FEET; 40) SOUTH 08°41'23" WEST FOR A DISTANCE OF 32.21 FEET; 41) SOUTH 15°32'05" WEST FOR A DISTANCE OF 138.40 FEET; 42) SOUTH 03°51'44" EAST FOR A DISTANCE OF 30.99 FEET; 43) SOUTH 03°44'11" WEST FOR A DISTANCE OF 43.91 FEET; 44) SOUTH 05°07'04" WEST FOR A DISTANCE OF 109.26 FEET; 45) SOUTH 11°47'22" WEST FOR A DISTANCE OF 38.95 FEET; 46) SOUTH 17°50'17" WEST FOR A DISTANCE OF 185.92 FEET; 47) SOUTH 16°22'03" EAST FOR A DISTANCE OF 122.21 FEET; 48) SOUTH 12°03'25" EAST FOR A DISTANCE OF 87.65 FEET; 49) SOUTH 32°15'59" EAST FOR A DISTANCE OF 231.31 FEET; 50) SOUTH 44°00'19" WEST FOR A DISTANCE OF 77.73 FEET; 51) SOUTH 84°06'43" WEST FOR A DISTANCE OF 32.45 FEET; 52) NORTH 79°27'31" WEST FOR A DISTANCE OF 80.36 FEET; 53) NORTH 78°42'08" WEST FOR A DISTANCE OF 79.03 FEET; 54) NORTH 45°15'58" WEST FOR A DISTANCE OF 17.89 FEET; 55) NORTH 64°01'55" WEST FOR A DISTANCE OF 24.30 FEET; 56) NORTH 38°58'18" WEST FOR A DISTANCE OF 204.31 FEET; 57) NORTH 47°05'26" WEST FOR A DISTANCE OF 33.40 FEET; 58) NORTH 59°56'34" WEST FOR A DISTANCE OF 30.79 FEET; 59) NORTH 46°31'46" WEST FOR A DISTANCE OF 4.17 FEET; 60) NORTH 33°04'13" WEST FOR A DISTANCE OF 15.64 FEET; 61) SOUTH 44°33'21" WEST FOR A DISTANCE OF 3.98 FEET; 62) SOUTH 04°42'16" WEST FOR A DISTANCE OF 12.41 FEET; 63) SOUTH 28°38'27" WEST FOR A DISTANCE OF 81.61 FEET; 64) SOUTH 09°22'22" WEST FOR A DISTANCE OF 70.92 FEET; 65) SOUTH 07°03'51" WEST FOR A DISTANCE OF 61.17 FEET; 66) SOUTH 38°39'09" EAST FOR A DISTANCE OF 9.54 FEET; 67) SOUTH 45°13'45" EAST FOR A DISTANCE OF 73.92 FEET; 68) SOUTH 70°05'21" EAST FOR A DISTANCE OF 22.67 FEET; 69) SOUTH 89°08'39" EAST FOR A DISTANCE OF 71.61 FEET; 70) SOUTH 42°59'21" WEST FOR A DISTANCE OF 52.47 FEET; 71) SOUTH 41°55'08" WEST FOR A DISTANCE OF 48.01 FEET; 72) NORTH 71°17'37" WEST FOR A DISTANCE OF 10.65 FEET; 73) NORTH 83°23'10" WEST FOR A DISTANCE OF 50.53 FEET; 74) NORTH 24°07'53" WEST FOR A DISTANCE OF 143.92 FEET; 75) NORTH 16°16'06" WEST FOR A DISTANCE OF 153.53 FEET; 76) NORTH 15°24'26" WEST FOR A DISTANCE OF 87.08 FEET; 77) NORTH 13°17'14" WEST FOR A DISTANCE OF 173.96 FEET; 78) NORTH 10°00'59" WEST FOR A DISTANCE OF 110.84 FEET; 79) NORTH 11°17'06" WEST FOR A DISTANCE OF 86.27 FEET; 80) NORTH 04°14'43" EAST FOR A DISTANCE OF 160.33 FEET; 81) NORTH 08°11'45" EAST FOR A DISTANCE OF 43.32 FEET; 82) NORTH 03°55'46" WEST FOR A DISTANCE OF 200.55 FEET; 83) NORTH 11°12'01" EAST FOR A DISTANCE OF 210.51 FEET; 84) NORTH 54°07'45" EAST FOR A DISTANCE OF 40.68 FEET; 85) NORTH 12°12'06" EAST FOR A DISTANCE OF 52.27 FEET; 86) NORTH 08°34'23" EAST FOR A DISTANCE OF 123.76 FEET TO A POINT ON THE NORTH LINE OF THE SOUTHEAST QUARTER OF SECTION 33; THENCE RUN ALONG SAID NORTH LINE OF THE SOUTHEAST QUARTER, NORTH 86°47'50" EAST FOR A DISTANCE OF 2,151.53 FEET TO THE POINT OF BEGINNING.

CONTAINING 51.911 ACRES, MORE OR LESS.

*NOT A SURVEY*

## NOTES:

1. BEARINGS SHOWN HEREON ARE BASED ON THE STATE PLANE COORDINATE SYSTEM NORTH AMERICAN DATUM OF 1983/1990 ADJUSTMENT (NAD83/90) FOR FLORIDA ZONE WEST. REFERENCE BEARING IS THE EAST LINE OF SECTION 33, TOWNSHIP 45 SOUTH, RANGE 23 EAST, LEE COUNTY FLORIDA, BEING N 03°41'00" E.

2. DIMENSIONS SHOWN HEREON ARE IN U.S. SURVEY FEET AND DECIMALS THEREOF.

3. THIS SKETCH AND DESCRIPTION IS NOT VALID WITHOUT THE SIGNATURE AND ORIGINAL RAISED SEAL OF A LICENSED FLORIDA SURVEYOR AND MAPPER. NO ADDITIONS OR DELETIONS TO THIS SKETCH AND DESCRIPTION ARE PERMITTED WITHOUT THE EXPRESSED WRITTEN CONSENT OF THE SIGNING PARTY.

NOT COMPLETE WITHOUT SHEETS 1 - 2 OF 2

Applicant's Legal Checked
By: RCM 16 Aug 2017

RECEIVED
MAY 04 2017
COMMUNITY DEVELOPMENT

| DRAWN BY: | KJG |
|---|---|
| CHECKED BY: | DLS |
| JOB CODE: | EOPAR |
| SCALE: | N/A |
| DATE: | 28 MARCH 2017 |
| FILE: | 17-01-L&S |
| SHEET: | 1 of 2 |

## M GradyMinor

Q. Grady Minor and Associates, P.A.
3800 Via Del Rey
Bonita Springs, Florida 34134

Civil Engineers • Land Surveyors • Planners • Landscape Architects
Cert. of Auth. EB 0005151 Cert. of Auth. LB 0005151
Business LC 26000266

Bonita Springs: 239.947.1144  www.GradyMinor.com  Fort Myers: 239.690.4380

## SKETCH AND DESCRIPTION

### ISLAND "A"

LYING IN
SECTION 33, TOWNSHIP 45 SOUTH, RANGE 23 EAST
LEE COUNTY, FLORIDA

3/31/17
DATE SIGNED

DONALD L. SAINTENOY II, P.S.M.
FL LICENSE 6761
FOR THE FIRM



Applicant's Legal Checked by Tom July 2017

RECEIVED MAY 04 2017 COMMUNITY DEVELOPMENT

DCI 2016000026

## LINE TABLE

| LINE # | BEARING | DISTANCE |
|---|---|---|
| L90 | S 59°27'44" E | 130.01' |
| L91 | S 66°38'18" E | 202.18' |
| L92 | N 61°27'19" E | 20.42' |
| L93 | S 85°23'02" E | 156.54' |
| L94 | S 51°37'44" E | 83.42' |
| L95 | S 59°11'24" E | 74.17' |
| L96 | S 44°50'23" E | 144.78' |
| L97 | S 14°18'15" E | 131.97' |
| L98 | S 8°01'12" E | 127.43' |
| L99 | S 4°12'24" E | 77.30' |
| L100 | S 9°07'43" E | 68.93' |
| L101 | S 33°29'... E | 63.30' |
| L102 | S 16°57'19" E | 85.30' |
| L103 | S 9°25'15" E | 56.12' |
| L104 | S 3°10'11" E | 63.41' |
| L105 | S 3°41'55" E | 137.97' |
| L106 | S 4°19'36" E | 110.79' |
| L107 | S 5°04'38" E | 84.28' |
| L108 | S 0°06'09" W | 75.94' |
| L109 | S 2°19'25" E | 130.55' |
| L110 | S 6°13'30" W | 133.43' |
| L111 | S 2°20'39" W | 65.36' |
| L112 | S 27°34'10" W | 124.08' |
| L113 | N 87°25'53" W | 8.27' |
| L114 | S 47°30'07" W | 22.13' |
| L115 | N 32°52'18" W | 5.98' |
| L116 | N 57°49'30" W | 47.68' |
| L117 | N 64°29'52" W | 31.88' |
| L118 | N 70°40'27" W | 68.38' |
| L119 | S 89°17'32" W | 31.79' |
| L120 | S 80°35'39" W | 34.21' |
| L121 | N 13°54'01" W | 15.16' |
| L122 | N 34°39'55" W | 54.63' |
| L123 | N 49°21'23" W | 297.37' |
| L124 | N 24°30'39" W | 69.29' |
| L125 | N 18°27'28" W | 29.31' |
| L126 | N 61°19'18" W | 191.40' |
| L127 | N 57°03'14" W | 23.26' |
| L128 | N 47°21'42" W | 72.55' |
| L129 | N 50°33'22" W | 66.83' |
| L130 | N 63°01'57" W | 228.18' |
| L131 | N 6°07'30" W | 107.95' |
| L132 | N 59°42'43" W | 182.61' |

## LINE TABLE

| LINE # | BEARING | DISTANCE |
|---|---|---|
| L133 | N 53°17'10" W | 54.18' |
| L134 | N 43°36'44" W | 32.08' |
| L135 | N 51°35'40" W | 12.64' |
| L136 | N 79°47'42" W | 15.05' |
| L137 | S 84°32'18" W | 10.73' |
| L138 | N 66°22'37" W | 48.73' |
| L139 | N 78°05'20" W | 24.38' |
| L140 | S 61°36'17" W | 131.20' |
| L141 | S 77°11'37" W | 65.74' |
| L142 | S 78°40'45" W | 148.21' |
| L143 | S 85°05'04" W | 98.61' |
| L144 | S 20°51'46" W | 69.77' |
| L145 | S 6°58'27" W | 28.51' |
| L146 | S 50°54'42" W | 1.75' |
| L147 | N 3°13'08" W | 26.03' |
| L148 | N 22°40'56" W | 30.89' |
| L149 | N 18°41'33" W | 49.39' |
| L150 | N 7°24'17" W | 200.95' |
| L151 | N 30°36'51" W | 120.79' |
| L152 | N 41°22'50" W | 125.34' |
| L153 | N 65°11'16" W | 150.39' |
| L154 | N 55°22'16" W | 104.89' |
| L155 | N 52°58'51" W | 118.35' |
| L156 | N 21°52'03" W | 175.28' |
| L157 | N 24°03'38" W | 37.58' |
| L158 | N 10°55'14" E | 204.68' |
| L159 | N 3°13'31" E | 147.85' |
| L160 | N 0°26'44" E | 52.32' |
| L161 | N 3°05'22" W | 170.45' |
| L162 | N 18°23'47" W | 32.10' |
| L163 | N 5°30'38" W | 199.63' |
| L164 | N 40°38'54" W | 265.51' |
| L165 | N 56°22'27" E | 83.86' |
| L166 | N 52°48'24" W | 91.36' |
| L167 | N 67°47'30" E | 131.80' |
| L168 | S 66°36'41" E | 33.23' |
| L169 | S 55°43'29" E | 52.70' |
| L170 | S 4°44'00" E | 103.01' |
| L171 | S 13°39'23" E | 74.39' |
| L172 | S 5°52'35" E | 48.52' |
| L173 | S 3°03'30" E | 47.32' |
| L174 | N 6°10'15" E | 30.20' |
| L175 | N 10°59'47" E | 62.37' |

## LINE TABLE

| LINE # | BEARING | DISTANCE |
|---|---|---|
| L176 | N 45°36'45" E | 11.95' |
| L177 | N 31°35'43" E | 63.80' |
| L178 | N 25°57'28" E | 17.85' |
| L179 | N 7°44'06" E | 170.20' |
| L180 | N 18°36'27" E | 35.38' |
| L181 | N 51°44'26" E | 35.19' |
| L182 | S 88°07'08" E | 91.72' |
| L183 | S 81°58'42" E | 94.88' |
| L184 | S 46°01'56" E | 151.31' |
| L185 | S 41°45'15" E | 128.98' |
| L186 | S 16°16'25" E | 17.77' |
| L187 | S 20°37'17" E | 52.55' |
| L188 | S 15°53'02" E | 86.30' |
| L189 | S 19°16'39" E | 40.56' |
| L190 | S 22°10'36" E | 103.51' |
| L191 | S 32°29'59" E | 110.38' |
| L192 | S 43°42'08" E | 104.48' |
| L193 | S 40°40'00" E | 151.72' |
| L194 | S 41°51'18" E | 50.98' |
| L195 | S 41°12'58" E | 242.48' |
| L196 | S 46°01'28" E | 27.36' |
| L197 | S 64°11'00" E | 42.95' |

## NOTES:

1. BEARINGS SHOWN HEREON ARE BASED ON THE STATE PLANE COORDINATE SYSTEM, NORTH AMERICAN DATUM OF 1983/1990 ADJUSTMENT (NAD83/90) FOR FLORIDA ZONE WEST. REFERENCE BEARING IS THE NORTH LINE OF SECTION 4, TOWNSHIP 46 SOUTH, RANGE 23 EAST, LEE COUNTY FLORIDA, BEING S 88°47'50" W

2. DIMENSIONS SHOWN HEREON ARE IN U.S. SURVEY FEET AND DECIMALS THEREOF.

3. THIS SKETCH AND DESCRIPTION IS NOT VALID WITHOUT THE SIGNATURE AND ORIGINAL RAISED SEAL OF A LICENSED FLORIDA SURVEYOR AND MAPPER. NO ADDITIONS OR DELETIONS TO THIS SKETCH AND DESCRIPTION ARE PERMITTED WITHOUT THE EXPRESSED WRITTEN CONSENT OF THE SIGNING PARTY.

RECEIVED MAY 04 2017 COMMUNITY DEVELOPMENT

Applicant's Legal Checked by

*NOT A SURVEY*

DCI 2016-00026

NOT COMPLETE WITHOUT SHEETS 1 - 4 OF 4

| DRAWN BY: | KJG |
|---|---|
| CHECKED BY: | DLS |
| JOB CODE: | EOPAR |
| SCALE: | N/A |
| DATE: | 28 MARCH 2017 |
| FILE: | 17-01-L&S |
| SHEET | ... of 4 |

### SKETCH AND DESCRIPTION

### ISLAND "B"

LYING IN
SECTION 33, TOWNSHIP 45 SOUTH, RANGE 23 EAST
SECTION 4, TOWNSHIP 46 SOUTH, RANGE 23 EAST
LEE COUNTY, FLORIDA

**GradyMinor**

Q. Grady Minor and Associates, P.A.
3800 Via Del Rey
Bonita Springs, Florida 34134

Civil Engineers • Land Surveyors • Planners • Landscape Architects
Cert. of Auth. EB 0005151 • Cert. of Auth. LB 0005151 • Business LC 26000266

Bonita Springs: 239.947.1144 • www.GradyMinor.com • Fort Myers: 239.690.4380

DONALD E. SAINTENOY III, P.S.M.
FL LICENSE #6761
FOR THE FIRM
No. 6761
DATE SIGNED 3/31/17

# PROPERTY DESCRIPTION

A TRACT OF LAND LYING IN SECTION 33, TOWNSHIP 45 SOUTH, RANGE 23 EAST, AND SECTION 4, TOWNSHIP 46 SOUTH, RANGE 23 EAST, LEE COUNTY, FLORIDA, HAVING BEEN ESTABLISHED BY A MEAN HIGH WATER STUDY, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE NORTHEAST CORNER OF SECTION 4, TOWNSHIP 46 SOUTH, RANGE 23 EAST; THENCE RUN ALONG THE NORTH LINE OF SAID SECTION, SOUTH 88°47'50" WEST FOR A DISTANCE OF 1,004.54 FEET TO THE POINT OF BEGINNING;

THENCE LEAVING SAID NORTH LINE OF SECTION 4, THE FOLLOWING 68 COURSES AND DISTANCES; 1) SOUTH 59°27'44" EAST FOR A DISTANCE OF 130.01 FEET; 2) SOUTH 66°38'18" EAST FOR A DISTANCE OF 202.18 FEET; 3) NORTH 61°27'19" EAST FOR A DISTANCE OF 20.42 FEET; 4) SOUTH 85°23'02" EAST FOR A DISTANCE OF 156.54 FEET; 5) SOUTH 51°37'44" EAST FOR A DISTANCE OF 83.42 FEET; 6) SOUTH 59°11'24" EAST FOR A DISTANCE OF 74.17 FEET; 7) SOUTH 44°50'23" EAST FOR A DISTANCE OF 144.78 FEET; 8) SOUTH 14°18'15" EAST FOR A DISTANCE OF 131.97 FEET; 9) SOUTH 08°01'12" EAST FOR A DISTANCE OF 127.43 FEET; 10) SOUTH 04°12'24" EAST FOR A DISTANCE OF 77.30 FEET; 11) SOUTH 09°07'43" EAST FOR A DISTANCE OF 68.93 FEET; 12) SOUTH 03°33'29" EAST FOR A DISTANCE OF 53.30 FEET; 13) SOUTH 16°57'19" EAST FOR A DISTANCE OF 85.30 FEET; 14) SOUTH 09°25'15" EAST FOR A DISTANCE OF 56.12 FEET; 15) SOUTH 03°10'11" EAST FOR A DISTANCE OF 63.41 FEET; 16) SOUTH 03°41'55" EAST FOR A DISTANCE OF 137.97 FEET; 17) SOUTH 04°19'36" EAST FOR A DISTANCE OF 110.79 FEET; 18) SOUTH 05°04'38" EAST FOR A DISTANCE OF 84.28 FEET; 19) SOUTH 00°06'03" WEST FOR A DISTANCE OF 75.94 FEET; 20) SOUTH 02°19'25" EAST FOR A DISTANCE OF 130.55 FEET; 21) SOUTH 06°13'30" WEST FOR A DISTANCE OF 133.43 FEET; 22) SOUTH 02°20'39" WEST FOR A DISTANCE OF 65.36 FEET; 23) SOUTH 27°34'10" WEST FOR A DISTANCE OF 124.08 FEET; 24) NORTH 87°25'53" WEST FOR A DISTANCE OF 8.27 FEET; 25) SOUTH 47°30'07" WEST FOR A DISTANCE OF 22.13 FEET; 26) NORTH 32°52'18" WEST FOR A DISTANCE OF 5.98 FEET; 27) NORTH 57°49'30" WEST FOR A DISTANCE OF 47.68 FEET; 28) NORTH 64°29'52" WEST FOR A DISTANCE OF 31.88 FEET; 29) NORTH 70°40'27" WEST FOR A DISTANCE OF 68.38 FEET; 30) SOUTH 89°17'32" WEST FOR A DISTANCE OF 31.79 FEET; 31) SOUTH 80°35'19" WEST FOR A DISTANCE OF 34.21 FEET; 32) NORTH 13°54'01" WEST FOR A DISTANCE OF 15.16 FEET; 33) NORTH 34°39'55" WEST FOR A DISTANCE OF 54.63 FEET; 34) NORTH 49°21'23" WEST FOR A DISTANCE OF 297.37 FEET; 35) NORTH 24°30'39" WEST FOR A DISTANCE OF 69.29 FEET; 36) NORTH 18°27'26" WEST FOR A DISTANCE OF 29.31 FEET; 37) NORTH 61°19'18" WEST FOR A DISTANCE OF 191.40 FEET; 38) NORTH 57°03'14" WEST FOR A DISTANCE OF 23.26 FEET; 39) NORTH 47°21'42" WEST FOR A DISTANCE OF 72.55 FEET; 40) NORTH 50°33'22" WEST FOR A DISTANCE OF 66.83 FEET; 41) NORTH 63°01'57" WEST FOR A DISTANCE OF 228.18 FEET; 42) NORTH 06°07'30" WEST FOR A DISTANCE OF 107.95 FEET; 43) NORTH 59°42'43" WEST FOR A DISTANCE OF 182.61 FEET; 44) NORTH 53°17'10" WEST FOR A DISTANCE OF 54.18 FEET; 45) NORTH 43°36'44" WEST FOR A DISTANCE OF 32.08 FEET; 46) NORTH 51°35'40" WEST FOR A DISTANCE OF 12.64 FEET; 47) NORTH 79°47'42" WEST FOR A DISTANCE OF 15.05 FEET; 48) SOUTH 84°32'18" WEST FOR A DISTANCE OF 10.73 FEET; 49) NORTH 56°22'37" WEST FOR A DISTANCE OF 48.73 FEET; 50) NORTH 78°05'20" WEST FOR A DISTANCE OF 24.38 FEET; 51) SOUTH 61°36'17" WEST FOR A DISTANCE OF 131.20 FEET; 52) SOUTH 77°11'37" WEST FOR A DISTANCE OF 65.74 FEET; 53) SOUTH 78°40'45" WEST FOR A DISTANCE OF 148.21 FEET; 54) SOUTH 85°05'04" WEST FOR A DISTANCE OF 69.77 FEET; 55) SOUTH 20°51'46" WEST FOR A DISTANCE OF 54.63 FEET; 56) SOUTH 06°58'27" WEST FOR A DISTANCE OF 28.51 FEET; 57) SOUTH 50°54'42" WEST FOR A DISTANCE OF 1.75 FEET; 58) NORTH 03°13'08" WEST FOR A DISTANCE OF 26.03 FEET; 59) NORTH 22°40'55" WEST FOR A DISTANCE OF 30.89 FEET; 60) NORTH 18°41'33" WEST FOR A DISTANCE OF 49.39 FEET; 61) NORTH 07°24'17" WEST FOR A DISTANCE OF 200.95 FEET; 62) NORTH 30°36'51" WEST FOR A DISTANCE OF 120.79 FEET; 63) NORTH 41°22'50" WEST FOR A DISTANCE OF 125.34 FEET; 64) NORTH 65°11'15" WEST FOR A DISTANCE OF 150.39 FEET; 65) NORTH 55°22'16" WEST FOR A DISTANCE OF 104.89 FEET; 66) NORTH 52°58'51" WEST FOR A DISTANCE OF 118.35 FEET; 67) NORTH 21°52'03" WEST FOR A DISTANCE OF 175.28 FEET; 68) NORTH 24°03'38" WEST FOR A DISTANCE OF 37.58 FEET; THENCE NORTH 10°55'14" EAST FOR A DISTANCE OF 204.68 FEET, PASSING OVER THE SOUTH LINE OF SECTION 33, TOWNSHIP 45 SOUTH, RANGE 23 EAST, AT A DISTANCE OF 160.18 FEET; THENCE CONTINUING THROUGH SAID SECTION 33, THE FOLLOWING 39 COURSES AND DISTANCES; 1) NORTH 03°13'31" EAST FOR A DISTANCE OF 147.85 FEET; 2) NORTH 00°26'44" EAST FOR A DISTANCE OF 52.32 FEET; 3) NORTH 03°05'22" WEST FOR A DISTANCE OF 170.45 FEET; 4) NORTH 18°23'47" WEST FOR A DISTANCE OF 32.10 FEET; 5) NORTH 05°30'38" WEST FOR A DISTANCE OF 199.63 FEET; 6) NORTH 40°38'54" EAST FOR A DISTANCE OF 265.51 FEET; 7) NORTH 56°22'27" EAST FOR A DISTANCE OF 83.86 FEET; 8) NORTH 52°48'24" EAST FOR A DISTANCE OF 91.36 FEET; 9) NORTH 67°47'30" EAST FOR A DISTANCE OF 131.80 FEET; 10) SOUTH 66°36'41" EAST FOR A DISTANCE OF 33.23 FEET; 11) SOUTH 55°43'29" EAST FOR A DISTANCE OF 52.70 FEET; 12) SOUTH 04°44'00" EAST FOR A DISTANCE OF 103.01 FEET; 13) SOUTH 13°39'23" EAST FOR A DISTANCE OF 74.39 FEET; 14) SOUTH 05°52'35" EAST FOR A DISTANCE OF 48.52 FEET; 15) SOUTH 03°03'30" EAST FOR A DISTANCE OF 47.32 FEET; 16) NORTH 06°10'15" EAST FOR A DISTANCE OF 30.20 FEET; 17) NORTH 10°59'47" EAST FOR A DISTANCE OF 62.37 FEET; 18) NORTH 45°36'45" EAST FOR A DISTANCE OF 11.95 FEET; 19) NORTH 31°35'43" EAST FOR A DISTANCE OF 63.60 FEET; 20) NORTH 25°57'28" EAST FOR A DISTANCE OF 17.85 FEET; 21) NORTH 07°44'06" EAST FOR A DISTANCE OF 170.20 FEET; 22) NORTH 18°36'27" EAST FOR A DISTANCE OF 35.38 FEET; 23) NORTH 51°44'26" EAST FOR A DISTANCE OF 35.19 FEET; 24) SOUTH 88°07'08" EAST FOR A DISTANCE OF 91.72 FEET; 25) SOUTH 81°58'42" EAST FOR A DISTANCE OF 94.88 FEET; 26) SOUTH 46°01'55" EAST FOR A DISTANCE OF 151.31 FEET; 27) SOUTH 41°45'15" EAST FOR A DISTANCE OF 128.98 FEET; 28) SOUTH 16°16'25" EAST FOR A DISTANCE OF 17.77 FEET; 29) SOUTH 20°37'17" EAST FOR A DISTANCE OF 52.55 FEET; 30) SOUTH 15°53'02" EAST FOR A DISTANCE OF 86.30 FEET; 31) SOUTH 19°16'39" EAST FOR A DISTANCE OF 40.56 FEET; 32) SOUTH 22°10'36" EAST FOR A DISTANCE OF 103.51 FEET; 33) SOUTH 32°29'59" EAST FOR A DISTANCE OF 110.38 FEET; 34) SOUTH 43°42'06" EAST FOR A DISTANCE OF 104.18 FEET; 35) SOUTH 40°40'00" EAST FOR A DISTANCE OF 151.72 FEET; 36) SOUTH 41°51'18" EAST FOR A DISTANCE OF 50.98 FEET; 37) SOUTH 41°12'58" EAST FOR A DISTANCE OF 242.48 FEET; 38) SOUTH 46°01'26" EAST FOR A DISTANCE OF 27.36 FEET; 39) SOUTH 64°11'00" EAST FOR A DISTANCE OF 42.95 FEET TO THE POINT OF BEGINNING.

CONTAINING 84.184 ACRES, MORE OR LESS.

**DCI 2016-00026**

*NOT A SURVEY*

NOT COMPLETE WITHOUT SHEETS 1 - 4 OF 4

RECEIVED MAY 0 4 2017 COMMUNITY DEVELOPMENT

## GradyMinor

Q. Grady Minor and Associates, P.A.
3800 Via Del Rey
Bonita Springs, Florida 34134

Civil Engineers • Land Surveyors • Planners • Landscape Architects
Cert. of Auth. EB 0005151    Cert. of Auth. LB 0005151    Business LC 26000266

Bonita Springs: 239.947.1144 · www.GradyMinor.com · Fort Myers: 239.690.4380

| SKETCH AND DESCRIPTION | | DRAWN BY: | KJG |
|---|---|---|---|
| | | CHECKED BY: | DLS |
| ISLAND "B" | | JOB CODE: | EOPAR |
| | | SCALE: | N/A |
| LYING IN SECTION 33, TOWNSHIP 45 SOUTH, RANGE 23 EAST SECTION 4, TOWNSHIP 46 SOUTH, RANGE 23 EAST LEE COUNTY, FLORIDA | | DATE: | 28 MARCH 2017 |
| | | FILE: | 17-01-L&S |
| | | SHEET: | 2 of 4 |



SKETCH AND DESCRIPTION

ISLAND "B"

LYING IN
SECTION 33, TOWNSHIP 45 SOUTH, RANGE 23 EAST
SECTION 4, TOWNSHIP 46 SOUTH, RANGE 23 EAST
LEE COUNTY, FLORIDA

GradyMinor

Civil Engineers • Land Surveyors • Planners • Landscape Architects

Cert. of Auth. EB 0005151     Cert. of Auth. LB 0005151     Business LC 26000266

Bonita Springs: 239.947.1144     www.GradyMinor.com     Fort Myers: 239.690.4380

Q. Grady Minor and Associates, P.A.
3800 Via Del Rey
Bonita Springs, Florida 34134

SCALE: 1" = 300'

0     150'     300'     600'

THIS PLAN MAY HAVE BEEN ENLARGED OR
REDUCED FROM INTENDED DISPLAY SCALE
FOR REPRODUCTION REASONS

SEE SHEET 1 OF 4 FOR LINE TABLE
NOT COMPLETE WITHOUT SHEETS 1 - 4 OF 4

"NOT A SURVEY"

-N-

LEGEND
POC    POINT OF COMMENCEMENT
POB    POINT OF BEGINNING
OR     OFFICIAL RECORDS BOOK
PG     PAGE(S)

DRAWN BY: KJG
CHECKED BY: DLS
JOB CODE: EOPAR
SCALE: 1" = 300'
DATE: 28 MARCH 2017
FILE: 17-01-L&S
SHEET: 3 of 4

G:\SURVEY\PROJECT SURVEY 2017\01 - SHELL POINT ISLES\SURVEY\17-01-L&S.DWG

DCI 2016-00026

RECEIVED
MAY 04 2017
COMMUNITY DEVELOPMENT

Applicant's Legal Checked
by RCM 16 Aug 17



CALOOSAHATCHEE RIVER

L159  L161  L163

L160

L162

L164

L166

L168

L167

L165

L163

L169

L171  L170

L173  L172

L179

L174

L175

L177

L178

L180

L181

L182

L184

L183

L185

L186

L187

L189

L190

L192

L191

L193

L194

L195

L196

L197

SOUTH LINE OF SECTION 33
NORTH LINE OF SECTION 4

MATCH LINE SEE SHEET 3

ISLAND "B"
(INSTRUMENT# 2008000251377)

SHELL CREEK

-N-

SCALE: 1" = 300'

0   150'   300'   600'

THIS PLAN MAY HAVE BEEN ENLARGED OR
REDUCED FROM INTENDED DISPLAY SCALE
FOR REPRODUCTION REASONS

RECEIVED
MAY 04 2017
COMMUNITY DEVELOPMENT

DCI 2016-00026

SEE SHEET 1 OF 4 FOR LINE TABLE
NOT COMPLETE WITHOUT SHEETS 1 - 4 OF 4

## LEGEND
POC  POINT OF COMMENCEMENT
POB  POINT OF BEGINNING
OR   OFFICIAL RECORDS BOOK
PG   PAGE(S)

*NOT A SURVEY*

GradyMinor

Civil Engineers  •  Land Surveyors  •  Planners  •  Landscape Architects

Q. Grady Minor and Associates, P.A.
3800 Via Del Rey
Bonita Springs, Florida 34134
Cert. of Auth. EB 0005151   Cert. of Auth. LB 0005151   Business LC 26000266

Bonita Springs: 239.947.1144   Fort Myers: 239.690.4380

www.GradyMinor.com

## SKETCH AND DESCRIPTION

### ISLAND "B"

LYING IN
SECTION 33, TOWNSHIP 45 SOUTH, RANGE 23 EAST
SECTION 4, TOWNSHIP 46 SOUTH, RANGE 23 EAST
LEE COUNTY, FLORIDA

| DRAWN BY: | KJG | CHECKED BY: | DLS |
|---|---|---|---|
| JOB CODE: | EOPAR | | |
| SCALE: | 1"=300' | DATE: | 28 MARCH 2017 |
| FILE: | 17-01-L&S | SHEET: | 4 of 4 |

G:\SURVEY\PROJECT SURVEY 2017\01 - SHELL POINT ISLES\SURVEY\17-01-L&S.DWG

Applicant's Legal Checked
by_____ 16 Aug 17

Case 2:21-cv-00189-SPC-NPM Document 23/19/20 05/20/21 56 Page 2 Page ID 683

Applicant's Legal Checked by RCM 4/6/17

## PROPERTY DESCRIPTION

A TRACT OF LAND LYING IN SECTION 33, TOWNSHIP 45 SOUTH, RANGE 23 EAST, LEE COUNTY, FLORIDA, HAVING BEEN ESTABLISHED BY A MEAN HIGH WATER STUDY, MORE PARTICULARLY DESCRIBED AS FOLLOWS;

COMMENCING AT THE SOUTHEAST CORNER OF SECTION 33, TOWNSHIP 45 SOUTH, RANGE 23 EAST; THENCE RUN ALONG THE EAST LINE OF SAID SECTION, NORTH 03°41'00" EAST FOR A DISTANCE OF 1,190.93 FEET; THENCE LEAVING SAID EAST LINE, NORTH 86°19'00" WEST FOR A DISTANCE OF 1,150.66 FEET TO A POINT ON THE MEAN HIGH WATER LINE HEREIN DESCRIBED AND THE POINT OF BEGINNING;

THENCE RUN ALONG SAID MEAN HIGH WATER LINE FOR THE FOLLOWING 42 COURSES AND DISTANCES; 1) SOUTH 82°42'13" WEST FOR A DISTANCE OF 153.24 FEET; 2) SOUTH 83°04'55" WEST FOR A DISTANCE OF 90.86 FEET; 3) SOUTH 85°11'59" WESY FOR A DISTANCE OF 35.63 FEET; 4) NORTH 72°05'49" WEST FOR A DISTANCE OF 129.32 FEET; 5) NORTH 70°43'36" WEST FOR A DISTANCE OF 72.87 FEET; 6) NORTH 01°04'19" WEST FOR A DISTANCE OF 6.63 FEET; 7) NORTH 28°47'30" EAST FOR A DISTANCE OF 22.64 FEET; 8) NORTH 43°26'38" EAST FOR A DISTANCE OF 134.44 FEET; 9) NORTH 51°12'23" EAST FOR A DISTANCE OF 12.09 FEET; 10) NORTH 59°48'33" EAST FOR A DISTANCE OF 49.25 FEET; 11) NORTH 75°45'44" EAST FOR A DISTANCE OF 10.84 FEET; 12) NORTH 86°43'03" EAST FOR A DISTANCE OF 24.77 FEET; 13) SOUTH 84°53'08" EAST FOR A DISTANCE OF 43.06 FEET; 14) NORTH 78°33'24" EAST FOR A DISTANCE OF 20.82 FEET; 15) NORTH 52°04'38" EAST FOR A DISTANCE OF 53.57 FEET; 16) NORTH 59°30'40" EAST FOR A DISTANCE OF 30.90 FEET; 17) SOUTH 63°05'46" EAST FOR A DISTANCE OF 85.02 FEET; 18) SOUTH 70°05'13" EAST FOR A DISTANCE OF 38.83 FEET; 19) SOUTH 25°01'29" EAST FOR A DISTANCE OF 5.66 FEET; 20) SOUTH 30°33'29" WEST FOR A DISTANCE OF 11.68 FEET; 21) SOUTH 64°10'35" WEST FOR A DISTANCE OF 7.33 FEET; 22) SOUTH 46°33'35" WEST FOR A DISTANCE OF 4.29 FEET; 23) SOUTH 04°00'04" WEST FOR A DISTANCE OF 4.05 FEET; 24) SOUTH 17°30'41" EAST FOR A DISTANCE OF 11.77 FEET; 25) SOUTH 08°51'12" EAST FOR A DISTANCE OF 27.36 FEET; 26) SOUTH 06°14'05" WEST FOR A DISTANCE OF 33.61 FEET; 27) SOUTH 11°32'19" EAST FOR A DISTANCE OF 15.49 FEET; 28) SOUTH 62°44'01" EAST FOR A DISTANCE OF 57.87 FEET; 29) NORTH 57°53'24" EAST FOR A DISTANCE OF 9.75 FEET; 30) NORTH 18°48'15" EAST FOR A DISTANCE OF 9.03 FEET; 31) NORTH 41°15'23" EAST FOR A DISTANCE OF 8.57 FEET; 32) NORTH 59°06'46" EAST FOR A DISTANCE OF 59.67 FEET; 33) NORTH 67°04'52" EAST FOR A DISTANCE OF 95.09 FEET; 34) NORTH 60°49'33" EAST FOR A DISTANCE OF 20.01 FEET; 35) SOUTH 14°52'31" EAST FOR A DISTANCE OF 5.96 FEET; 36) SOUTH 51°31'47" WEST FOR A DISTANCE OF 16.45 FEET; 37) SOUTH 27°46'38" WEST FOR A DISTANCE OF 15.36 FEET; 38) SOUTH 07°39'39" WEST FOR A DISTANCE OF 15.70 FEET; 39) SOUTH 28°58'59" WEST FOR A DISTANCE OF 8.17 FEET; 40) SOUTH 58°19'35" WEST FOR A DISTANCE OF 84.06 FEET; 41) SOUTH 47°11'51" WEST FOR A DISTANCE OF 38.60 FEET; 42) SOUTH 67°40'20" WEST FOR A DISTANCE OF 63.96 FEET TO THE POINT OF BEGINNING.

CONTAINING 2.112 ACRES, MORE OR LESS.

### LINE TABLE

| LINE # | BEARING | DISTANCE |
|--------|---------|----------|
| L1 | S 85°11'59" W | 35.63' |
| L2 | N 70°43'36" W | 72.87' |
| L3 | N 1°04'19" W | 6.63' |
| L4 | N 28°47'30" E | 22.64' |
| L5 | N 51°12'23" E | 12.09' |
| L6 | N 59°48'33" E | 49.25' |
| L7 | N 75°45'44" E | 10.84' |
| L8 | N 86°43'03" E | 24.77' |
| L9 | S 84°53'08" E | 43.06' |
| L10 | N 78°33'24" E | 20.82' |
| L11 | N 52°04'38" E | 53.57' |
| L12 | N 59°30'40" E | 30.90' |
| L13 | S 70°05'13" E | 38.83' |
| L14 | S 25°01'29" E | 5.66' |
| L15 | S 30°33'29" W | 11.68' |
| L16 | S 64°10'35" W | 7.33' |
| L17 | S 46°33'35" W | 4.29' |
| L18 | S 4°00'04" W | 4.05' |
| L19 | S 17°30'41" E | 11.77' |
| L20 | S 8°51'12" E | 27.36' |
| L21 | S 6°14'05" W | 33.61' |
| L22 | S 11°32'19" E | 15.49' |
| L23 | S 62°44'01" E | 57.87' |
| L24 | N 57°53'24" E | 9.75' |
| L25 | N 18°48'15" E | 9.03' |
| L26 | N 41°15'23" E | 8.57' |
| L27 | N 59°06'46" E | 59.67' |
| L28 | N 60°49'33" E | 20.01' |
| L29 | S 14°52'31" E | 5.96' |
| L30 | S 51°31'47" W | 16.45' |
| L31 | S 27°46'38" W | 15.36' |
| L32 | S 7°39'39" W | 15.70' |
| L33 | S 28°58'59" W | 8.17' |
| L34 | S 47°11'51" W | 38.60' |
| L35 | S 67°40'20" W | 63.96' |

## NOTES:

1. BEARINGS SHOWN HEREON ARE BASED ON THE STATE PLANE COORDINATE SYSTEM, NORTH AMERICAN DATUM OF 1983/1990 ADJUSTMENT (NAD83/90) FOR FLORIDA ZONE WEST. REFERENCE BEARING IS THE EAST LINE OF SECTION 33, TOWNSHIP 45 SOUTH, RANGE 23 EAST, LEE COUNTY FLORIDA, BEING N 03°41'00" E.

2. DIMENSIONS SHOWN HEREON ARE IN U.S. SURVEY FEET AND DECIMALS THEREOF.

3. THIS SKETCH AND DESCRIPTION IS NOT VALID WITHOUT THE SIGNATURE AND ORIGINAL RAISED SEAL OF A LICENSED FLORIDA SURVEYOR AND MAPPER. NO ADDITIONS OR DELETIONS TO THIS SKETCH AND DESCRIPTION ARE PERMITTED WITHOUT THE EXPRESSED WRITTEN CONSENT OF THE SIGNING PARTY.

RECEIVED MAY 04 2017 COMMUNITY DEVELOPMENT

*NOT A SURVEY*

DCI 2016-00026

NOT COMPLETE WITHOUT SHEETS 1 - 2 OF 2

| | |
|---|---|
| DRAWN BY: | KJG |
| CHECKED BY: | DLS |
| JOB CODE: | EOPAR |
| SCALE: | N/A |
| DATE: | 28 MARCH 2017 |
| FILE: | 17-01-L&S |
| SHEET: | of 2 |

**GradyMinor**

Q. Grady Minor and Associates, P.A.
3800 Via Del Rey
Bonita Springs, Florida 34134

Civil Engineers • Land Surveyors • Planners • Landscape Architects
Cert. of Auth. EB 0005151    Cert. of Auth. LB 0005151    Business LC 26000266

Bonita Springs: 239.947.1144    www.GradyMinor.com    Fort Myers: 239.690.4380

### SKETCH AND DESCRIPTION

ISLAND "C"

LYING IN
SECTION 33, TOWNSHIP 45 SOUTH, RANGE 23 EAST
LEE COUNTY, FLORIDA



DATE SIGNED 3/31/17
No. 6767

DONALD L. SAINTENOY, III, P.S.M.
FL LICENSE 6767
FOR THE FIRM

G:\SURVEY\PROJECT SURVEY 2017\01 – SHELL POINT ISLES\SURVEY\17-01-L&S.DWG



SHELL CREEK

SHELL CREEK

SHELL CREEK

ISLAND "C"
(INSTRUMENT# 200800025137.7)
A PORTION OF

N 43°26'39" E 134.44'

N 72°05'49" W 129.22'

S 83°04'55" W 90.86'

S 82°42'13" W 153.24'

S 67°05'46" E 85.02'

N 67°04'52" E 95.09'

S 86°19'35" W 84.06'

N 86°19'04" W 150.66'

POB

POC
SOUTHEAST CORNER
OF SECTION 33

**DCI 2016-00026**

**RECEIVED**
MAY 04 2017
COMMUNITY DEVELOPMENT

33 | 34
4 | 3

N 03°41'00" E    1190.93'

EAST LINE OF THE SOUTHEAST QUARTER OF SECTION 33

**Applicant's Legal Checked**
by _DCM 16Aug17_

L1, L2, L3, L4, L5, L6, L7, L8, L9, L10, L11, L12, L13, L14, L15, L16, L17, L18, L19, L20, L21, L22, L23, L24, L25, L26, L27, L28, L29, L30, L31, L32, L33, L34, L35

"NOT A SURVEY"

## GradyMinor
ᴹ

Civil Engineers • Land Surveyors • Planners • Landscape Architects

Cert. of Auth. EB 0005151    Cert. of Auth. LB 0005151    Business LC 26000266

Q. Grady Minor and Associates, P.A.
3800 Via Del Rey
Bonita Springs, Florida 34134

Bonita Springs: 239.947.1144    Fort Myers: 239.690.4380

www.GradyMinor.com

SCALE: 1" = 100'

0    50'    100'    200'

THIS PLAN MAY HAVE BEEN ENLARGED OR
REDUCED FROM INTENDED DISPLAY SCALE
FOR REPRODUCTION REASONS

-N-

LEGEND
POC    POINT OF COMMENCEMENT
POB    POINT OF BEGINNING
ORB    OFFICIAL RECORDS BOOK
PG    PAGE(S)

SEE SHEET 1 OF 2 FOR LINE TABLE
NOT COMPLETE WITHOUT SHEETS 1 - 2 OF 2

### SKETCH AND DESCRIPTION

ISLAND "C"

LYING IN
SECTION 33, TOWNSHIP 45 SOUTH, RANGE 23 EAST
LEE COUNTY, FLORIDA

| DRAWN BY: | KJG |
|---|---|
| CHECKED BY: | DLS |
| JOB CODE: | EOPAR |
| DATE: | 28 MARCH 2017 |
| SCALE: | 1" = 100' |
| FILE: | 17-01-L&S |
| SHEET: | 2 of 2 |

G:\SURVEY\PROJECT SURVEY 2017\01 - SHELL POINT ISLES\SURVEY\17-01-L&S.DWG

Case 2:23-CP-00089SP-CPNR... med document filed 05/04/26 07/06/2516 57 of 85 Page 22 of 50

Case 2:21-cv-00119-SPC-NPM Document 23-1 Filed 05/26/21 Page 23 of 50 PageID 685

Applicant's Legal Checked
by DCM 16 Aug 2017

# PROPERTY DESCRIPTION

A TRACT OF LAND LYING IN SECTION 33, TOWNSHIP 45 SOUTH, RANGE 23 EAST, LEE COUNTY, FLORIDA, HAVING BEEN ESTABLISHED BY A MEAN HIGH WATER STUDY, MORE PARTICULARLY DESCRIBED AS FOLLOWS;

COMMENCING AT THE SOUTHEAST CORNER OF SECTION 33, TOWNSHIP 45 SOUTH, RANGE 23 EAST; THENCE RUN ALONG THE EAST LINE OF SAID SECTION, NORTH 03°41'00" EAST FOR A DISTANCE OF 1,911.84 FEET; THENCE LEAVING SAID EAST LINE, NORTH 86°19'00" WEST FOR A DISTANCE OF 621.93 FEET TO A POINT ON THE MEAN HIGH WATER LINE HEREIN DESCRIBED AND THE POINT OF BEGINNING;

THENCE RUN ALONG SAID MEAN HIGH WATER LINE FOR THE FOLLOWING 60 COURSES AND DISTANCES: 1) SOUTH 77°27'36" WEST FOR A DISTANCE OF 22.72 FEET; 2) SOUTH 84°25'08" WEST FOR A DISTANCE OF 53.27 FEET; 3) SOUTH 89°00'57" WEST FOR A DISTANCE OF 48.51 FEET; 4) SOUTH 41°20'03" WEST FOR A DISTANCE OF 41.50 FEET; 5) SOUTH 38°30'22" WEST FOR A DISTANCE OF 64.11 FEET; 6) SOUTH 25°29'56" WEST FOR A DISTANCE OF 20.23 FEET; 7) SOUTH 42°33'50" WEST FOR A DISTANCE OF 14.14 FEET; 8) SOUTH 10°32'42" WEST FOR A DISTANCE OF 19.63 FEET; 9) SOUTH 39°25'19" WEST FOR A DISTANCE OF 58.96 FEET; 10) SOUTH 19°41'54" WEST FOR A DISTANCE OF 39.12 FEET; 11) SOUTH 01°42'38" EAST FOR A DISTANCE OF 13.68 FEET; 12) SOUTH 51°39'20" WEST FOR A DISTANCE OF 4.02 FEET; 13) NORTH 48°24'41" WEST FOR A DISTANCE OF 28.59 FEET; 14) NORTH 46°18'40" WEST FOR A DISTANCE OF 21.55 FEET; 15) NORTH 47°49'39" WEST FOR A DISTANCE OF 36.94 FEET; 16) NORTH 50°44'11" WEST FOR A DISTANCE OF 21.78 FEET; 17) NORTH 33°37'43" WEST FOR A DISTANCE OF 10.13 FEET; 18) NORTH 12°50'11" WEST FOR A DISTANCE OF 41.56 FEET; 19) NORTH 13°17'23" WEST FOR A DISTANCE OF 34.14 FEET; 20) NORTH 09°06'52" WEST FOR A DISTANCE OF 34.91 FEET; 21) NORTH 26°53'05" WEST FOR A DISTANCE OF 19.17 FEET; 22) NORTH 22°48'45" WEST FOR A DISTANCE OF 25.08 FEET; 23) NORTH 19°36'07" WEST FOR A DISTANCE OF 20.14 FEET; 24) NORTH 53°26'19" EAST FOR A DISTANCE OF 18.31 FEET; 25) NORTH 56°27'01" EAST FOR A DISTANCE OF 16.39 FEET; 26) NORTH 75°25'19" EAST FOR A DISTANCE OF 10.75 FEET; 27) SOUTH 36°43'30" EAST FOR A DISTANCE OF 28.04 FEET; 28) NORTH 34°41'46" EAST FOR A DISTANCE OF 27.97 FEET; 29) NORTH 24°50'37" EAST FOR A DISTANCE OF 37.17 FEET; 30) NORTH 40°19'54" EAST FOR A DISTANCE OF 26.53 FEET; 31) NORTH 63°22'11" EAST FOR A DISTANCE OF 11.25 FEET; 32) NORTH 15°24'51" EAST FOR A DISTANCE OF 33.83 FEET; 33) NORTH 22°34'40" WEST FOR A DISTANCE OF 36.15 FEET; 34) NORTH 13°34'20" WEST FOR A DISTANCE OF 64.54 FEET; 35) NORTH 10°50'50" EAST FOR A DISTANCE OF 4.58 FEET; 36) NORTH 36°07'34" EAST FOR A DISTANCE OF 8.48 FEET; 37) NORTH 40°30'41" EAST FOR A DISTANCE OF 18.58 FEET; 38) NORTH 86°54'44" EAST FOR A DISTANCE OF 1.79 FEET; 39) NORTH 58°12'44" EAST FOR A DISTANCE OF 3.10 FEET; 40) NORTH 08°42'45" EAST FOR A DISTANCE OF 69.89 FEET; 41) NORTH 08°45'53" EAST FOR A DISTANCE OF 43.12 FEET; 42) NORTH 00°07'08" EAST FOR A DISTANCE OF 25.30 FEET; 43) NORTH 62°33'32" EAST FOR A DISTANCE OF 10.22 FEET; 44) NORTH 66°18'50" EAST FOR A DISTANCE OF 55.69 FEET; 45) SOUTH 74°47'08" EAST FOR A DISTANCE OF 11.21 FEET; 46) SOUTH 29°36'37" EAST FOR A DISTANCE OF 48.55 FEET; 47) SOUTH 28°50'25" EAST FOR A DISTANCE OF 17.36 FEET; 48) SOUTH 24°09'16" EAST FOR A DISTANCE OF 51.70 FEET; 49) SOUTH 06°16'52" WEST FOR A DISTANCE OF 17.36 FEET; 50) SOUTH 18°45'46" WEST FOR A DISTANCE OF 59.79 FEET; 51) SOUTH 14°02'32" WEST FOR A DISTANCE OF 18.57 FEET; 52) SOUTH 03°12'14" EAST FOR A DISTANCE OF 8.92 FEET; 53) SOUTH 41°22'47" EAST FOR A DISTANCE OF 25.77 FEET; 54) SOUTH 40°15'29" EAST FOR A DISTANCE OF 22.82 FEET; 55) SOUTH 42°16'44" EAST FOR A DISTANCE OF 83.55 FEET; 56) SOUTH 64°08'32" EAST FOR A DISTANCE OF 30.29 FEET; 57) SOUTH 61°30'14" EAST FOR A DISTANCE OF 56.21 FEET; 58) SOUTH 60°21'40" EAST FOR A DISTANCE OF 39.13 FEET; 59) SOUTH 20°27'50" WEST FOR A DISTANCE OF 42.10 FEET; 60) SOUTH 24°28'40" WEST FOR A DISTANCE OF 48.32 FEET TO THE POINT OF BEGINNING.

CONTAINING 2.916 ACRES, MORE OR LESS

### LINE TABLE

| LINE # | BEARING | DISTANCE |
|---|---|---|
| L1 | S 77°27'36" W | 22.72' |
| L2 | S 84°25'08" W | 53.27' |
| L3 | S 89°00'57" W | 48.51' |
| L4 | S 41°20'03" W | 41.50' |
| L5 | S 38°30'22" W | 64.11' |
| L6 | S 25°29'56" W | 20.23' |
| L7 | S 42°33'50" W | 14.14' |
| L8 | S 10°32'42" W | 19.63' |
| L9 | S 39°25'19" W | 58.96' |
| L10 | S 19°41'54" W | 39.12' |
| L11 | S 1°42'38" E | 13.68' |
| L12 | S 51°39'20" W | 1.02' |
| L13 | N 48°24'41" W | 28.59' |
| L14 | N 46°18'40" W | 21.55' |
| L15 | N 47°49'39" W | 36.94' |
| L16 | N 50°44'11" W | 21.78' |
| L17 | N 33°37'43" W | 10.13' |
| L18 | N 12°50'11" W | 41.56' |
| L19 | N 13°17'23" W | 34.14' |
| L20 | N 9°06'52" W | 34.91' |
| L21 | N 26°53'05" W | 19.17' |
| L22 | N 22°48'45" W | 25.08' |
| L23 | N 19°36'07" W | 20.14' |
| L24 | N 53°26'19" E | 18.31' |
| L25 | N 56°27'01" E | 16.39' |
| L26 | N 75°25'19" E | 10.75' |
| L27 | N 36°43'30" E | 28.04' |
| L28 | N 34°41'46" E | 27.97' |
| L29 | N 24°50'37" E | 37.17' |
| L30 | N 40°19'54" E | 26.53' |

### LINE TABLE

| LINE # | BEARING | DISTANCE |
|---|---|---|
| L31 | N 63°22'11" E | 11.25' |
| L32 | N 15°24'51" E | 33.83' |
| L33 | N 22°34'40" W | 36.15' |
| L34 | N 13°34'20" W | 64.54' |
| L35 | N 10°50'50" E | 4.58' |
| L36 | N 36°07'34" E | 8.48' |
| L37 | N 40°30'41" E | 18.58' |
| L38 | N 86°54'44" E | 1.79' |
| L39 | N 58°12'44" E | 3.10' |
| L40 | N 8°42'45" E | 69.89' |
| L41 | N 8°45'53" E | 43.12' |
| L42 | N 0°07'08" E | 25.30' |
| L43 | N 62°33'32" E | 10.22' |
| L44 | N 66°18'50" E | 55.69' |
| L45 | S 74°47'08" E | 11.21' |
| L46 | S 29°36'37" E | 48.55' |
| L47 | S 28°50'25" E | 25.30' |
| L48 | S 24°09'16" E | 51.70' |
| L49 | S 6°16'52" W | 17.36' |
| L50 | S 18°45'46" W | 59.79' |
| L51 | S 14°02'32" W | 18.57' |
| L52 | S 3°12'14" E | 8.92' |
| L53 | S 41°22'47" E | 25.77' |
| L54 | S 40°15'29" E | 22.82' |
| L55 | S 42°16'44" E | 83.55' |
| L56 | S 64°08'32" E | 30.29' |
| L57 | S 61°30'14" E | 56.21' |
| L58 | S 60°21'40" E | 39.13' |
| L59 | S 20°27'50" W | 42.10' |
| L60 | S 24°28'40" W | 48.32' |

DCI 2016-00026

RECEIVED
MAY 04 2017
COMMUNITY DEVELOPMENT

## NOTES:

1. BEARINGS SHOWN HEREON ARE BASED ON THE STATE PLANE COORDINATE SYSTEM, NORTH AMERICAN DATUM OF 1983/1990 ADJUSTMENT (NAD83/90) FOR FLORIDA ZONE WEST. REFERENCE BEARING IS THE EAST LINE OF SECTION 33, TOWNSHIP 45 SOUTH, RANGE 23 EAST, LEE COUNTY FLORIDA, BEING N 03°41'00" E.

2. DIMENSIONS SHOWN HEREON ARE IN U.S. SURVEY FEET AND DECIMALS THEREOF.

3. THIS SKETCH AND DESCRIPTION IS NOT VALID WITHOUT THE SIGNATURE AND ORIGINAL RAISED SEAL OF A LICENSED FLORIDA SURVEYOR AND MAPPER. NO ADDITIONS OR DELETIONS TO THIS SKETCH AND DESCRIPTION ARE PERMITTED WITHOUT THE EXPRESSED WRITTEN CONSENT OF THE SIGNING PARTY.

*NOT A SURVEY*

| | |
|---|---|
| DRAWN BY: | KJG |
| CHECKED BY: | DLS |
| JOB CODE: | EOPAR |
| SCALE: | N/A |
| DATE: | 28 MARCH 2017 |
| FILE: | 17-01-L&S |
| SHEET: | 1 of 2 |

NOT COMPLETE WITHOUT SHEETS 1 — 2 OF 2

**GradyMinor**

Civil Engineers • Land Surveyors • Planners • Landscape Architects
Cert. of Auth. EB 0005151     Cert. of Auth. LB 0005151

Bonita Springs: 239.947.1144     www.GradyMinor.com

Q. Grady Minor and Associates, P.A.
3800 Via Del Rey
Bonita Springs, Florida 34134
Business LC 26000266
Fort Myers: 239.690.4380

### SKETCH AND DESCRIPTION

ISLAND "E"

LYING IN
SECTION 33, TOWNSHIP 45 SOUTH, RANGE 23 EAST
LEE COUNTY, FLORIDA

3.31.17
DATE SIGNED

DONALD L. SAINTENOY III, B.S.M.
FL LICENSE #6761
FOR THE FIRM

G:\SURVEY\PROJECT SURVEY 2017\01 - SHELL POINT ISLES\SURVEY 17-01-L&S.DWG



*NOT A SURVEY*

GradyMinor

Civil Engineers • Land Surveyors • Planners • Landscape Architects

Q. Grady Minor and Associates, P.A.
3800 Via Del Rey
Bonita Springs, Florida 34134

Cert. of Auth. EB 0005151 • Cert. of Auth. LB 0005151 • Business LC 26000266

Bonita Springs: 239.947.1144 • Fort Myers: 239.690.4380 • www.GradyMinor.com

SKETCH AND DESCRIPTION

"ISLAND "E"

LYING IN
SECTION 33, TOWNSHIP 45 SOUTH, RANGE 23 EAST
LEE COUNTY, FLORIDA

SEE SHEET 1 OF 2 FOR LINE TABLE
NOT COMPLETE WITHOUT SHEETS 1 - 2 OF 2

DCI 2016-00026

| | |
|---|---|
| DRAWN BY: | KJG |
| CHECKED BY: | DLS |
| JOB CODE: | EOPAR |
| SCALE:- | 1" = 100' |
| DATE: | 28 MARCH 2017 |
| FILE: | 17-01-L&S |
| SHEET: | 2 of 2 |

SCALE: 1" = 100'

THIS PLAN MAY HAVE BEEN ENLARGED OR REDUCED FROM INTENDED DISPLAY SCALE FOR REPRODUCTION REASONS

0   50'   100'   200'

-N-

EAST LINE OF THE SOUTHEAST QUARTER OF SECTION 33

N 03°41'00" E   1911.84'

POC
SOUTHEAST CORNER OF SECTION 33

33 | 34
4 | 3

N 86°19'00" W   621.93'

POB

LEGEND
POC  POINT OF COMMENCEMENT
POB  POINT OF BEGINNING
OR   OFFICIAL RECORDS BOOK
PG   PAGE(S)

ISLAND "E"
(INSTRUMENT# 2008000251377)
A PORTION OF

SHELL CREEK

RECEIVED
MAY 04 2017
COMMUNITY DEVELOPMENT

Applicant's Legal Checked
by _____

G:\SURVEY\PROJECT SURVEY 2017\01 - SHELL POINT ISLES\SURVEY\17-01-L&S.DWG

Applicant's Legal Checked by *Ron Hobs III*

## PROPERTY DESCRIPTION

A TRACT OF LAND LYING IN SECTION 33, TOWNSHIP 45 SOUTH, RANGE 23 EAST, LEE COUNTY, FLORIDA, HAVING BEEN ESTABLISHED BY A MEAN HIGH WATER STUDY, MORE PARTICULARLY DESCRIBED AS FOLLOWS;

COMMENCING AT THE SOUTHEAST CORNER OF SECTION 33, TOWNSHIP 45 SOUTH, RANGE 23 EAST; THENCE RUN ALONG THE EAST LINE OF THE SOUTHEAST QUARTER OF SAID SECTION, NORTH 03°41'00" EAST FOR A DISTANCE OF 2,652.69 FEET TO THE NORTHEAST CORNER OF THE SOUTHEAST QUARTER OF SECTION 33; THENCE RUN ALONG THE NORTH LINE OF THE SOUTHEAST QUARTER, SOUTH 88°47'50" WEST FOR A DISTANCE OF 12.84 FEET TO THE NORTHEAST CORNER OF THE TRACT OF LAND HEREIN DESCRIBED AND THE POINT OF BEGINNING;

THENCE LEAVING SAID NORTH LINE OF THE SOUTHEAST QUARTER, SOUTH 05°56'24" WEST, A DISTANCE OF 37.13 FEET; THENCE SOUTH 06°40'31" WEST, A DISTANCE OF 90.56 FEET; THENCE SOUTH 09°41'03" WEST, A DISTANCE OF 14.63 FEET; THENCE SOUTH 00°42'59" EAST, A DISTANCE OF 12.25 FEET; THENCE SOUTH 11°58'00" EAST, A DISTANCE OF 5.97 FEET; THENCE SOUTH 00°34'16" EAST, A DISTANCE OF 23.16 FEET; THENCE SOUTH 00°13'21" EAST, A DISTANCE OF 47.62 FEET; THENCE SOUTH 21°00'24" WEST, A DISTANCE OF 37.71 FEET; THENCE SOUTH 22°05'39" WEST, A DISTANCE OF 29.14 FEET; THENCE SOUTH 23°35'40" WEST, A DISTANCE OF 18.89 FEET; THENCE SOUTH 82°03'18" WEST, A DISTANCE OF 25.48 FEET; THENCE SOUTH 80°50'42" WEST, A DISTANCE OF 35.07 FEET; THENCE SOUTH 82°57'59" WEST, A DISTANCE OF 22.61 FEET; THENCE NORTH 34°48'03" WEST, A DISTANCE OF 21.54 FEET; THENCE NORTH 32°28'22" WEST, A DISTANCE OF 24.78 FEET; THENCE NORTH 36°56'36" WEST, A DISTANCE OF 15.45 FEET; THENCE NORTH 20°50'04" EAST, A DISTANCE OF 76.34 FEET; THENCE NORTH 19°32'04" EAST, A DISTANCE OF 47.79 FEET; THENCE NORTH 15°30'16" EAST, A DISTANCE OF 42.69 FEET; THENCE NORTH 03°45'34" EAST, A DISTANCE OF 53.20 FEET; THENCE NORTH 07°49'08" EAST, A DISTANCE OF 48.27 FEET; THENCE NORTH 07°16'27" WEST, A DISTANCE OF 7.03 FEET; THENCE NORTH 22°16'42" WEST, A DISTANCE OF 3.31 FEET TO A POINT ON THE NORTH LINE OF THE SOUTHEAST QUARTER OF SECTION 33; THENCE RUN ALONG SAID NORTH LINE, NORTH 88°47'50" EAST, A DISTANCE OF 101.81 FEET TO THE POINT OF BEGINNING.

CONTAINING 0.794 ACRES, MORE OR LESS.

### LINE TABLE

| LINE # | BEARING | DISTANCE |
|--------|---------|----------|
| L1 | S 09°41'03" W | 14.63' |
| L2 | S 00°42'59" E | 12.25' |
| L3 | S 11°58'00" E | 5.97' |
| L4 | S 23°35'40" W | 18.89' |
| L5 | N 36°56'36" W | 15.45' |
| L6 | N 07°16'27" W | 7.03' |
| L7 | N 22°16'42" W | 3.31' |

RECEIVED MAY 04 2017 COMMUNITY DEVELOPMENT

## NOTES:

1. BEARINGS SHOWN HEREON ARE BASED ON THE STATE PLANE COORDINATE SYSTEM, NORTH AMERICAN DATUM OF 1983/1990 ADJUSTMENT (NAD83/90) FOR FLORIDA ZONE WEST. REFERENCE BEARING IS THE EAST LINE OF SECTION 33, TOWNSHIP 45 SOUTH, RANGE 23 EAST, LEE COUNTY FLORIDA, BEING N 03°41'00" E.

2. DIMENSIONS SHOWN HEREON ARE IN U.S. SURVEY FEET AND DECIMALS THEREOF.

3. THIS SKETCH AND DESCRIPTION IS NOT VALID WITHOUT THE SIGNATURE AND ORIGINAL RAISED SEAL OF A LICENSED FLORIDA SURVEYOR AND MAPPER. NO ADDITIONS OR DELETIONS TO THIS SKETCH AND DESCRIPTION ARE PERMITTED WITHOUT THE EXPRESSED WRITTEN CONSENT OF THE SIGNING PARTY.

DCI 2016-00026

*NOT A SURVEY*

| | |
|---|---|
| DRAWN BY: | KJG |
| CHECKED BY: | DLS |
| JOB CODE: | EOPAR |
| SCALE: | N/A |
| DATE: | 28 MARCH 2017 |
| FILE: | 17-01-L&S |
| SHEET: | 1 of 2 |

NOT COMPLETE WITHOUT SHEETS 1 - 2 OF 2



**GradyMinor**

Q. Grady Minor and Associates, P.A.
3800 Via Del Rey
Bonita Springs, Florida 34134

Civil Engineers • Land Surveyors • Planners • Landscape Architects
Cert. of Auth. EB 0005151    Cert. of Auth. LB 0005151    Business LC 26000266

Bonita Springs: 239.947.1144    www.GradyMinor.com    Fort Myers: 239.690.4380

### SKETCH AND DESCRIPTION

ISLAND "F"

LYING IN
SECTION 33, TOWNSHIP 45 SOUTH, RANGE 23 EAST
LEE COUNTY, FLORIDA



3/31/17
DATE SIGNED

No. 6761

DONALD L. SAINTENOY, III, P.S.M.
FL. LICENSE 6761
FOR THE FIRM



"NOT A SURVEY"

GradyMinor

Civil Engineers • Land Surveyors • Planners • Landscape Architects

Q. Grady Minor and Associates, P.A.
3800 Via Del Rey
Bonita Springs, Florida 34134

Cert. of Auth. EB 0005151          Cert. of Auth. LB 0005151          Business LC 26000266

Bonita Springs: 239.947.1144          www.GradyMinor.com          Fort Myers: 239.690.4380

THIS PLAN MAY HAVE BEEN ENLARGED OR REDUCED FROM INTENDED DISPLAY SCALE FOR REPRODUCTION REASONS

SCALE: 1" = 50'

0    25'    50'    100'

-N-

LEGEND
POC   POINT OF COMMENCEMENT
POB   POINT OF BEGINNING
OR    OFFICIAL RECORDS BOOK
PG    PAGE(S)

ISLAND "F"
A PORTION OF
(INSTRUMENT# 2008000251377)

SHELL CREEK

NORTH LINE OF THE SOUTHEAST QUARTER OF SECTION 33

EAST LINE OF THE SOUTHEAST QUARTER OF SECTION 33

S 88°47'50" W  12.84'
N 88°47'50" E  101.81'
POB

SEE SHEET 1 OF 2 FOR LINE TABLE
NOT COMPLETE WITHOUT SHEETS 1 - 2 OF 2

DCI 2016-00026

RECEIVED
MAY 04 2017
COMMUNITY DEVELOPMENT

POC SOUTHEAST CORNER OF SECTION 33

33 | 34
4  | 3

SKETCH AND DESCRIPTION

ISLAND "F"

LYING IN
SECTION 33, TOWNSHIP 45 SOUTH, RANGE 23 EAST
LEE COUNTY, FLORIDA

| DRAWN BY: | KJG |
| CHECKED BY: | DLS |
| JOB CODE: | EOPAR |
| DATE: | 28 MARCH 2017 |
| SCALE: | 1" = 50' |
| FILE: | 17-01-L&S |
| SHEET: | 2 of 2 |

G:\SURVEY\PROJECT SURVEY 2017\01 - SHELL POINT ISLES\SURVEY\17-01-L&S.DWG

Applicant's Legal Checked
by DCM 16Aug17

Applicant's Legal Checked
by [signature] 2017

## PROPERTY DESCRIPTION

A TRACT OF LAND LYING IN SECTION 33, TOWNSHIP 45 SOUTH, RANGE 23 EAST, LEE COUNTY, FLORIDA, HAVING BEEN ESTABLISHED BY A MEAN HIGH WATER STUDY, MORE PARTICULARLRY DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHEAST CORNER OF SECTION 33, TOWNSHIP 45 SOUTH, RANGE 23 EAST; THENCE RUN ALONG THE EAST LINE OF SAID SECTION, NORTH 03°41'00" EAST FOR A DISTANCE OF 1,361.36 FEET; THENCE LEAVING SAID EAST LINE, NORTH 86°19'00" WEST FOR A DISTANCE OF 343.76 FEET TO A POINT ON THE MEAN HIGH WATER LINE HEREIN DESCRIBED AND THE POINT OF BEGINNING;

THENCE RUN ALONG SAID MEAN HIGH WATER LINE FOR THE FOLLOWING 13 COURSES AND DISTANCES; 1) SOUTH 78°36'10" WEST FOR A DISTANCE OF 173.95 FEET; 2) NORTH 88°45'56" WEST FOR A DISTANCE OF 20.82 FEET; 3) NORTH 57°06'16" WEST FOR A DISTANCE OF 68.98 FEET; 4) NORTH 01°00'33" EAST FOR A DISTANCE OF 65.81 FEET; 5) NORTH 10°05'03" EAST FOR A DISTANCE OF 126.04 FEET; 6) NORTH 17°14'12" EAST FOR A DISTANCE OF 42.65 FEET; 7) SOUTH 61°40'44" EAST FOR A DISTANCE OF 109.90 FEET; 8) SOUTH 76°29'44" EAST FOR A DISTANCE OF 74.03 FEET; 9) SOUTH 38°27'17" EAST FOR A DISTANCE OF 25.29 FEET; 10) SOUTH 04°53'32" EAST FOR A DISTANCE OF 25.18 FEET; 11) SOUTH 66°42'46" EAST FOR A DISTANCE OF 22.06 FEET; 12) SOUTH 21°37'46" EAST FOR A DISTANCE OF 43.25 FEET; 13) SOUTH 07°34'11" WEST FOR A DISTANCE OF 71.54 FEET TO THE POINT OF BEGINNING.

CONTAINING 1.124 ACRES, MORE OR LESS.

### LINE TABLE

| LINE # | BEARING | DISTANCE |
|--------|---------|----------|
| L1 | N 88°45'56" W | 20.82' |
| L2 | N 17°14'12" E | 42.65' |
| L3 | S 38°27'17" E | 25.29' |
| L4 | S 4°53'32" E | 25.18' |
| L5 | S 66°42'46" E | 22.06' |
| L6 | S 21°37'46" E | 43.25' |



RECEIVED

MAY 04 2017

COMMUNITY DEVELOPMENT

DCI 2016-00026

*NOT A SURVEY*

## NOTES:

1. BEARINGS SHOWN HEREON ARE BASED ON THE STATE PLANE COORDINATE SYSTEM, NORTH AMERICAN DATUM OF 1983/1990 ADJUSTMENT (NAD83/90) FOR FLORIDA ZONE WEST. REFERENCE BEARING IS THE EAST LINE OF SECTION 33, TOWNSHIP 45 SOUTH, RANGE 23 EAST, LEE COUNTY FLORIDA, BEING N 03°41'00" E.

2. DIMENSIONS SHOWN HEREON ARE IN U.S. SURVEY FEET AND DECIMALS THEREOF.

3. THIS SKETCH AND DESCRIPTION IS NOT VALID WITHOUT THE SIGNATURE AND ORIGINAL RAISED SEAL OF A LICENSED FLORIDA SURVEYOR AND MAPPER. NO ADDITIONS OR DELETIONS TO THIS SKETCH AND DESCRIPTION ARE PERMITTED WITHOUT THE EXPRESSED WRITTEN CONSENT OF THE SIGNING PARTY.

NOT COMPLETE WITHOUT SHEETS 1 - 2 OF 2

| | |
|---|---|
| DRAWN BY: | KJG |
| CHECKED BY: | DLS |
| JOB CODE: | EOPAR |
| SCALE: | N/A |
| DATE: | 28 MARCH 2017 |
| FILE: | 17-01-L&S |
| SHEET: | 1 of 2 |

## GradyMinor

Q. Grady Minor and Associates, P.A.
3800 Via Del Rey
Bonita Springs, Florida 34134

Civil Engineers • Land Surveyors • Planners • Landscape Architects
Cert. of Auth. EB 0005151    Cert. of Auth. LB 0005151    Business LC 26000266

Bonita Springs: 239.947.1144    www.GradyMinor.com    Fort Myers: 239.690.4380

### SKETCH AND DESCRIPTION

ISLAND "G"

LYING IN
SECTION 33, TOWNSHIP 45 SOUTH, RANGE 23 EAST
LEE COUNTY, FLORIDA

DATE SIGNED 3/31/17

No. 6761

DONALD L. SAINTENOY III, P.S.M.
FL LICENSE #6761
FOR THE FIRM



SKETCH AND DESCRIPTION

ISLAND "G"

LYING IN
SECTION 33, TOWNSHIP 45 SOUTH, RANGE 23 EAST
LEE COUNTY, FLORIDA

"NOT A SURVEY"

GradyMinor

Civil Engineers • Land Surveyors • Planners • Landscape Architects

Cert. of Auth. EB 0005151    Cert. of Auth. LB 0005151    Business LC 26000266

Bonita Springs: 239.947.1144    www.GradyMinor.com    Fort Myers: 239.690.4380

Q. Grady Minor and Associates, P.A.
3800 Via Del Rey
Bonita Springs, Florida 34134

DCI 2016-00026

COMMUNITY DEVELOPMENT

RECEIVED
MAY 04 2017

SEE SHEET 1 OF 2 FOR LINE TABLE
NOT COMPLETE WITHOUT SHEETS 1 - 2 OF 2

LEGEND
POC    POINT OF COMMENCEMENT
POB    POINT OF BEGINNING
OR     OFFICIAL RECORDS BOOK
PG     PAGE(S)

SHELL CREEK

ISLAND "G"
(A PORTION OF
INSTRUMENT# 2008000251377)

SCALE: 1" = 60'
0    30'    60'    120'

THIS PLAN MAY HAVE BEEN ENLARGED OR
REDUCED FROM INTENDED DISPLAY SCALE
FOR REPRODUCTION REASONS

-N-

N 01°00'33" E    65.81'    N 10°05'03" E    126.01'    L2

L1    S 78°35'10" W    173.95'    POB

S 07°34'11" W    71.54'

N 86°19'00" W    343.76'

N 03°41'00" E    1361.36'    EAST LINE OF THE SOUTHEAST QUARTER OF SECTION 33

POC
SOUTHEAST CORNER
OF SECTION 33

33    34
4    3

| | |
|---|---|
| DRAWN BY: | KJG |
| CHECKED BY: | DLS |
| JOB CODE: | EOPAR |
| DATE: | 28 MARCH 2017 |
| SCALE: | 1" = 60' |
| FILE: | 17-01-L&S |
| SHEET: | 2 of 2 |

G:\SURVEY\PROJECT SURVEY 2017\01 - SHELL POINT ISLES\SURVEY\17-01-L&S.DWG

Applicant's Legal Checked
by

CaseCaeS22-25-00089SPC-INWNmeDoDotcumhenFtiiEe23/11/96d 05/04/G654iP4a/2e9 29ofagteF5 IoED39of26ID
691

## GradyMinor

Civil Engineers • Land Surveyors • Planners • Landscape Architects

Q. Grady Minor and Associates, P.A.
3800 Via Del Rey
Bonita Springs, Florida 34134
Business LC 26000266

Cert. of Auth. EB 0005151
Cert. of Auth. LB 0005151

www.GradyMinor.com

Bonita Springs: 239.947.1144  •  Fort Myers: 239.690.4380

NOT COMPLETE WITHOUT SHEETS 1 – 2 OF 2

### LINE TABLE

| LINE # | BEARING | DISTANCE |
|---|---|---|
| L1 | S 67°26'56" W | 21.19' |
| L2 | S 63°28'06" W | 11.26' |
| L3 | N 48°59'02" W | 7.96' |
| L4 | N 48°54'35" W | 9.45' |
| L5 | N 55°29'47" W | 8.35' |
| L6 | N 27°38'51" W | 5.32' |
| L7 | N 30°38'06" W | 9.05' |
| L8 | N 46°51'35" W | 5.51' |
| L9 | N 46°58'08" W | 15.36' |
| L10 | N 43°47'21" W | 8.04' |
| L11 | N 41°23'03" W | 8.82' |
| L12 | N 44°42'01" W | 18.66' |
| L13 | N 49°11'49" W | 11.05' |

### NOTES:

1. BEARINGS SHOWN HEREON ARE BASED ON THE STATE PLANE COORDINATE SYSTEM, NORTH AMERICAN DATUM OF 1983/1990 ADJUSTMENT (NAD83/90) FOR FLORIDA ZONE WEST. REFERENCE BEARING IS THE EAST LINE OF SECTION 4, TOWNSHIP 46 SOUTH, RANGE 23 EAST, LEE COUNTY FLORIDA, BEING S 01°08'37" E.

2. DIMENSIONS SHOWN HEREON ARE IN U.S. SURVEY FEET AND DECIMALS THEREOF.

3. THIS SKETCH AND DESCRIPTION IS NOT VALID WITHOUT THE SIGNATURE AND ORIGINAL RAISED SEAL OF A LICENSED FLORIDA SURVEYOR AND MAPPER. NO ADDITIONS OR DELETIONS TO THIS SKETCH AND DESCRIPTION ARE PERMITTED WITHOUT THE EXPRESSED WRITTEN CONSENT OF THE SIGNING PARTY.

### PROPERTY DESCRIPTION

A TRACT OF LAND LYING IN SECTION 4, TOWNSHIP 46 SOUTH, RANGE 23 EAST, LEE COUNTY, FLORIDA, HAVING BEEN ESTABLISHED BY A MEAN HIGH WATER STUDY, MORE PARTICULARLY DESCRIBED AS FOLLOWS;

BEGINNING AT THE NORTHEAST CORNER OF SECTION 4, TOWNSHIP 46 SOUTH, RANGE 23 EAST; THENCE ALONG THE EAST LINE OF SAID SECTION 4, SOUTH 01°08'37" EAST, A DISTANCE OF 197.00 FEET TO A POINT ON THE MEAN HIGH WATER LINE HEREIN DESCRIBED; THENCE LEAVING THE EAST LINE OF SECTION 4 AND ALONG SAID MEAN HIGH WATER LINE, SOUTH 67°26'56" WEST, A DISTANCE OF 21.19 FEET; THENCE SOUTH 63°28'06" WEST, A DISTANCE OF 11.26 FEET; THENCE SOUTH 61°00'57" WEST, A DISTANCE OF 30.63 FEET; THENCE SOUTH 70°57'18" WEST, A DISTANCE OF 36.03 FEET; THENCE SOUTH 88°48'00" WEST, A DISTANCE OF 47.78 FEET; THENCE NORTH 48°59'02" WEST, A DISTANCE OF 7.96 FEET; THENCE NORTH 64°37'28" WEST, A DISTANCE OF 29.18 FEET; THENCE NORTH 62°37'09" WEST, A DISTANCE OF 30.03 FEET; THENCE NORTH 72°08'40" WEST, A DISTANCE OF 24.50 FEET; THENCE NORTH 48°54'35" WEST, A DISTANCE OF 9.45 FEET; THENCE NORTH 49°51'30" WEST, A DISTANCE OF 102.31 FEET; THENCE NORTH 27°38'51" WEST, A DISTANCE OF 5.32 FEET; THENCE NORTH 55°29'47" WEST, A DISTANCE OF 8.35 FEET; THENCE NORTH 46°51'35" WEST, A DISTANCE OF 5.51 FEET; THENCE NORTH 30°38'06" WEST, A DISTANCE OF 9.05 FEET; THENCE NORTH 46°58'08" WEST, A DISTANCE OF 15.36 FEET; THENCE NORTH 05°18'20" WEST, A DISTANCE OF 52°37'12" WEST, A DISTANCE OF 27.37 FEET; THENCE NORTH 43°47'21" WEST, A DISTANCE OF 8.04 FEET; THENCE NORTH 41°23'03" WEST, A DISTANCE OF 8.82 FEET; THENCE NORTH 44°42'01" WEST, A DISTANCE OF 18.66 FEET; THENCE NORTH 49°11'49" WEST, A DISTANCE OF 11.05 FEET; THENCE NORTH 30°22'37" WEST, A DISTANCE OF 22.39 FEET TO A POINT ON THE NORTH LINE OF SECTION 4; THENCE RUN ALONG SAID NORTH LINE, NORTH 88°47'50" EAST, A DISTANCE OF 399.29 FEET TO THE POINT OF BEGINNING.

CONTAINING 1.555 ACRES, MORE OR LESS.

## SKETCH AND DESCRIPTION

ISLAND "H"

LYING IN
SECTION 4, TOWNSHIP 46 SOUTH, RANGE 23 EAST
LEE COUNTY, FLORIDA

DCI 2016-00026

RECEIVED
MAY 04 2017
COMMUNITY DEVELOPMENT

"NOT A SURVEY"

| | |
|---|---|
| SHEET: | 1 of 2 |
| FILE: | 17-01-L&S |
| DATE: | 28 MARCH 2017 |
| SCALE: | N/A |
| JOB CODE: | EOPAR |
| CHECKED BY: | KJG |
| DRAWN BY: | DLS |



Applicant's Legal Checked
by ____

G:\SURVEY\PROJECT SURVEY 2017\01 – SHELL POINT ISLES\SURVEY\17–01–L&S.DWG



CaSe 2:23-cv-00089-SPC-NKM meD cDoc ment FilEd 05/10/24 651 Prage 65 of GP5eFaG8eID P30EID
692

## PROPERTY DESCRIPTION

A TRACT OF LAND LYING IN SECTIONS 4 AND 9, TOWNSHIP 46 SOUTH, RANGE 23 EAST, LEE COUNTY, FLORIDA, HAVING BEEN ESTABLISHED BY A MEAN HIGH WATER STUDY, MORE PARTICULARLY DESCRIBED AS FOLLOWS;

COMMENCING AT THE NORTHEAST CORNER OF SECTION 4, TOWNSHIP 46 SOUTH, RANGE 23 EAST; THENCE ALONG THE EAST LINE OF SAID SECTION 4, SOUTH 01°08'37" EAST, A DISTANCE OF 5,281.22 FEET TO THE SOUTHEAST CORNER OF SAID SECTION 4; THENCE RUN ALONG THE SOUTH LINE OF SAID SECTION 4, SOUTH 88°47'50" WEST, A DISTANCE OF 341.61 FEET TO A POINT ON THE MEAN HIGH WATER LINE HEREIN DESCRIBED AND THE POINT OF BEGINNING;

THENCE RUN ALONG SAID MEAN HIGH WATER LINE, SOUTH 33°39'08" WEST, A DISTANCE OF 23.24 FEET; THENCE NORTH 59°21'45" WEST, A DISTANCE OF 73.82 FEET; THENCE NORTH 14°29'33" WEST, A DISTANCE OF 49.02 FEET; THENCE NORTH 65°48'36" WEST, A DISTANCE OF 30.40 FEET; THENCE NORTH 79°16'12" WEST, A DISTANCE OF 17.18 FEET; THENCE NORTH 61°41'00" WEST, A DISTANCE OF 51.58 FEET; THENCE NORTH 22°08'47" WEST, A DISTANCE OF 22.57 FEET; THENCE NORTH 28°15'21" WEST, A DISTANCE OF 75.71 FEET; THENCE NORTH 58°31'45" WEST, A DISTANCE OF 83.16 FEET; THENCE NORTH 56°56'15" WEST, A DISTANCE OF 86.57 FEET; THENCE NORTH 08°48'57" WEST, A DISTANCE OF 162.90 FEET; THENCE NORTH 46°28'20" EAST, A DISTANCE OF 5.50 FEET; THENCE NORTH 72°03'27" EAST, A DISTANCE OF 42.67 FEET; THENCE SOUTH 39°22'26" WEST, A DISTANCE OF 17.35 FEET; THENCE SOUTH 13°27'40" EAST, A DISTANCE OF 21.44 FEET; THENCE NORTH 55°10'53" EAST, A DISTANCE OF 50.73 FEET; THENCE NORTH 63°18'54" EAST, A DISTANCE OF 48.52 FEET; THENCE NORTH 77°51'50" EAST, A DISTANCE OF 18.00 FEET; THENCE NORTH 85°18'02" EAST, A DISTANCE OF 19.29 FEET; THENCE NORTH 68°11'13" EAST, A DISTANCE OF 18.21 FEET; THENCE NORTH 47°16'44" EAST, A DISTANCE OF 13.42 FEET; THENCE NORTH 10°27'22" EAST, A DISTANCE OF 8.34 FEET; THENCE NORTH 72°07'52" EAST, A DISTANCE OF 24.03 FEET; THENCE SOUTH 23°06'54" EAST, A DISTANCE OF 37.67 FEET; THENCE SOUTH 36°13'29" EAST, A DISTANCE OF 100.31 FEET; THENCE SOUTH 36°06'00" EAST, A DISTANCE OF 64.59 FEET; THENCE SOUTH 32°51'00" EAST, A DISTANCE OF 52.08 FEET; THENCE SOUTH 37°57'33" EAST, A DISTANCE OF 39.40 FEET; THENCE SOUTH 40°33'53" EAST, A DISTANCE OF 77.42 FEET; THENCE SOUTH 18°48'39" EAST, A DISTANCE OF 88.69 FEET; THENCE SOUTH 27°52'50" EAST, A DISTANCE OF 19.64 FEET; THENCE SOUTH 07°17'57" EAST, A DISTANCE OF 14.68 FEET; THENCE SOUTH 42°52'37" WEST, A DISTANCE OF 84.69 FEET; THENCE SOUTH 33°09'20" WEST, A DISTANCE OF 21.85 FEET; THENCE SOUTH 31°30'51" EAST, A DISTANCE OF 7.17 FEET; THENCE SOUTH 33°39'08" WEST, A DISTANCE OF 14.83 FEET TO THE POINT OF BEGINNING.

CONTAINING 2.744 ACRES, MORE OR LESS

### LINE TABLE

| LINE # | BEARING | DISTANCE |
|---|---|---|
| L1 | N 65°48'36" W | 30.40' |
| L2 | N 79°16'12" W | 17.18' |
| L3 | N 22°08'47" W | 22.57' |
| L4 | N 46°28'20" E | 5.50' |
| L5 | S 39°22'26" W | 17.35' |
| L6 | S 13°27'40" E | 21.44' |
| L7 | N 77°51'50" E | 18.00' |
| L8 | N 85°18'02" E | 19.29' |
| L9 | N 68°11'13" E | 18.21' |
| L10 | N 47°16'44" E | 13.42' |
| L11 | N 10°27'22" E | 8.34' |
| L12 | N 72°07'52" E | 24.03' |
| L13 | S 27°52'50" E | 19.64' |
| L14 | S 07°17'57" E | 14.68' |
| L15 | S 33°09'20" W | 21.85' |
| L16 | S 31°30'51" E | 7.17' |

## NOTES:

1. BEARINGS SHOWN HEREON ARE BASED ON THE STATE PLANE COORDINATE SYSTEM, NORTH AMERICAN DATUM OF 1983/1990 ADJUSTMENT (NAD83/90) FOR FLORIDA ZONE WEST. REFERENCE BEARING IS THE EAST LINE OF SECTION 4, TOWNSHIP 46 SOUTH, RANGE 23 EAST, LEE COUNTY FLORIDA, BEING S 01°08'37" E.

2. DIMENSIONS SHOWN HEREON ARE IN U.S. SURVEY FEET AND DECIMALS THEREOF.

3. THIS SKETCH AND DESCRIPTION IS NOT VALID WITHOUT THE SIGNATURE AND ORIGINAL RAISED SEAL OF A LICENSED FLORIDA SURVEYOR AND MAPPER. NO ADDITIONS OR DELETIONS TO THIS SKETCH AND DESCRIPTION ARE PERMITTED WITHOUT THE EXPRESSED WRITTEN CONSENT OF THE SIGNING PARTY.

*NOT COMPLETE WITHOUT SHEETS 1 - 2 OF 2*

Applicant's Legal Checked
by [signature] 8/16/Aug 2017

RECEIVED
MAY 04 2017
COMMUNITY DEVELOPMENT

*"NOT A SURVEY"*

DCI 2016-00026

| | |
|---|---|
| DRAWN BY: | KJG |
| CHECKED BY: | DLS |
| JOB CODE: | EOPAR |
| SCALE: | N/A |
| DATE: | 28 MARCH 2017 |
| FILE: | 17-01-L&S |
| SHEET: | 1 of 2 |

### SKETCH AND DESCRIPTION

## ISLAND "J"

LYING IN
SECTIONS 4 & 9, TOWNSHIP 46 SOUTH, RANGE 23 EAST
LEE COUNTY, FLORIDA

**GradyMinor**

Q. Grady Minor and Associates, P.A.
3800 Via Del Rey
Bonita Springs, Florida 34134

Civil Engineers • Land Surveyors • Planners • Landscape Architects
Cert. of Auth. EB 0005151    Cert. of Auth. LB 0005151    Business LC 26000266

Bonita Springs: 239.947.1144    www.GradyMinor.com    Fort Myers: 239.690.4380

DATE SIGNED 3/31/17
DONALD L. SAINTENOY, III, P.S.M.
FL LICENSE #6761
FOR THE FIRM



Applicant's Legal Checked by

G:\SURVEY\PROJECT SURVEY 2017\01 - SHELL POINT ISLES\SURVEY\17-01-L&S.DWG

**SKETCH AND DESCRIPTION**

ISLAND "J"

LYING IN
SECTIONS 4 & 9, TOWNSHIP 46 SOUTH, RANGE 23 EAST
LEE COUNTY, FLORIDA

| DRAWN BY: | KJG |
|---|---|
| CHECKED BY: | DLS |
| JOB CODE: | EOPAR |
| SCALE: | 1" = 100' |
| DATE: | 28 MARCH 2017 |
| FILE: | 17-01-L&S |
| SHEET: | 2 of 2 |

SEE SHEET 1 OF 2 FOR LINE TABLE
NOT COMPLETE WITHOUT SHEETS 1 – 2 OF 2

DCI 2016-00026

**RECEIVED**
MAY 04 2017
COMMUNITY DEVELOPMENT

POC
NORTHEAST CORNER
OF SECTION 4

ISLAND "J"
A PORTION OF
(INSTRUMENT# 2008000251377)

POB

PUNTA RASSA COVE

**GradyMinor**
Q. Grady Minor and Associates, P.A.
3800 Via Del Rey
Bonita Springs, Florida 34134

Civil Engineers • Land Surveyors • Planners • Landscape Architects
Cert. of Auth. EB 0005151  Cert. of Auth. LB 0005151  Business LC 26000266
Bonita Springs: 239.947.1144  www.GradyMinor.com  Fort Myers: 239.690.4380

*NOT A SURVEY*

THIS PLAN MAY HAVE BEEN ENLARGED OR
REDUCED FROM INTENDED DISPLAY SCALE
FOR REPRODUCTION REASONS

SCALE: 1" = 100'
0  50'  100'  200'

**LEGEND**
POC  POINT OF COMMENCEMENT
POB  POINT OF BEGINNING
OR  OFFICIAL RECORDS BOOK
PG  PAGE(S)

-N-

NOT COMPLETE WITHOUT SHEETS 1 - 2 OF 2

## GradyMinor

Civil Engineers • Land Surveyors • Planners • Landscape Architects

Q. Grady Minor and Associates, P.A.
3800 Via Del Rey
Bonita Springs, Florida 34134

Cert. of Auth. EB 0005151 • Cert. of Auth. LB 0005151 • Business LC 26000266

Bonita Springs: 239.947.1144 • www.GradyMinor.com • Fort Myers: 239.690.4380

## NOTES:

1. BEARINGS SHOWN HEREON ARE BASED ON THE STATE PLANE COORDINATE SYSTEM, NORTH AMERICAN DATUM OF 1983/1990 FOR FLORIDA ZONE WEST, REFERENCE BEARING IS THE EAST LINE OF SECTION 4, TOWNSHIP 46 SOUTH, RANGE 23 EAST, LEE COUNTY, FLORIDA, BEING S 01°08'37" E.

2. DIMENSIONS SHOWN HEREON ARE IN U.S. SURVEY FEET AND DECIMALS THEREOF.

3. THIS SKETCH AND DESCRIPTION IS NOT VALID WITHOUT THE SIGNATURE AND ORIGINAL RAISED SEAL OF A LICENSED FLORIDA SURVEYOR AND MAPPER. NO ADDITIONS OR DELETIONS TO THIS SKETCH AND DESCRIPTION ARE PERMITTED WITHOUT THE EXPRESSED WRITTEN CONSENT OF THE SIGNING PARTY.

## PROPERTY DESCRIPTION

A TRACT OF LAND LYING IN SECTION 4 AND 9, TOWNSHIP 46 SOUTH, RANGE 23 EAST, LEE COUNTY, FLORIDA, HAVING BEEN ESTABLISHED BY A MEAN HIGH WATER STUDY, MORE PARTICULARLY DESCRIBED AS FOLLOWS;

COMMENCING AT THE NORTHEAST CORNER OF SECTION 4, TOWNSHIP 46 SOUTH, RANGE 23 EAST; THENCE ALONG THE EAST LINE OF SAID SECTION 4, SOUTH 01°08'37" EAST, A DISTANCE OF 5,281.22 FEET TO THE SOUTHEAST CORNER OF SAID SECTION 4; THENCE RUN ALONG THE SOUTH LINE OF SAID SECTION 4, SOUTH 88°47'50" WEST, A DISTANCE OF 1599.00 FEET TO A POINT ON THE MEAN HIGH WATER LINE HEREIN DESCRIBED AND THE POINT OF BEGINNING;

THENCE RUN ALONG SAID MEAN HIGH WATER LINE, SOUTH 04°37'41" WEST, A DISTANCE OF 61.13 FEET; THENCE SOUTH 11°16'40" EAST, A DISTANCE OF 57.89 FEET; THENCE SOUTH 04°02'14" EAST, A DISTANCE OF 47.35 FEET; THENCE SOUTH 06°34'02" EAST, A DISTANCE OF 29.56 FEET; THENCE SOUTH 03°57'24" EAST, A DISTANCE OF 28.15 FEET; THENCE SOUTH 41°50'21" WEST, A DISTANCE OF 11.08 FEET; THENCE SOUTH 07°43'15" WEST, A DISTANCE OF 22.07 FEET; THENCE SOUTH 30°14'26" WEST, A DISTANCE OF 12.91 FEET; THENCE SOUTH 87°46'48" WEST, A DISTANCE OF 13.93 FEET; THENCE SOUTH 89°57'20" WEST, A DISTANCE OF 46.60 FEET; THENCE NORTH 70°17'20" WEST, A DISTANCE OF 10.53 FEET; THENCE NORTH 16°49'23" WEST, A DISTANCE OF 9.91 FEET; THENCE NORTH 19°47'03" WEST, A DISTANCE OF 17.68 FEET; THENCE NORTH 20°26'10" WEST, A DISTANCE OF 24.83 FEET; THENCE NORTH 22°46'36" WEST, A DISTANCE OF 7.57 FEET; THENCE NORTH 06°13'52" WEST, A DISTANCE OF 18.99 FEET; THENCE NORTH 49°17'23" EAST, A DISTANCE OF 17.29 FEET; THENCE NORTH 11°45'41" WEST, A DISTANCE OF 66.57 FEET; THENCE NORTH 08°26'33" WEST, A DISTANCE OF 40.84 FEET; THENCE NORTH 24°43'35" WEST, A DISTANCE OF 44.59 FEET; THENCE NORTH 20°26'10" WEST, A DISTANCE OF 74.79 FEET; THENCE NORTH 06°13'52" WEST, A DISTANCE OF 7.57 FEET; THENCE NORTH 22°46'36" WEST, A DISTANCE OF 18.99 FEET; THENCE NORTH 49°17'23" EAST, A DISTANCE OF 17.29 FEET; THENCE NORTH 62°34'28" EAST, A DISTANCE OF 10.97 FEET; THENCE SOUTH 87°33'16" EAST, A DISTANCE OF 3.75 FEET; THENCE SOUTH 73°38'00" EAST, A DISTANCE OF 14.14 FEET; THENCE NORTH 51°47'44" EAST, A DISTANCE OF 68.60 FEET; THENCE NORTH 84°16'56" EAST, A DISTANCE OF 16.46 FEET; THENCE SOUTH 78°50'34" EAST, A DISTANCE OF 49.16 FEET; THENCE SOUTH 03°35'15" WEST, A DISTANCE OF 53.50 FEET TO THE POINT OF BEGINNING.

CONTAINING 0.892 ACRE, MORE OR LESS.

### LINE TABLE

| LINE # | BEARING | DISTANCE |
|--------|---------|----------|
| L1 | S 41°50'21" W | 11.08' |
| L2 | S 07°43'15" W | 22.07' |
| L3 | S 30°14'26" W | 12.91' |
| L4 | S 87°46'48" W | 13.93' |
| L5 | S 89°57'20" W | 46.60' |
| L6 | N 70°17'20" W | 10.53' |
| L7 | N 16°49'23" W | 9.91' |
| L8 | N 19°47'03" W | 17.68' |
| L9 | N 20°26'10" W | 24.83' |
| L10 | N 22°46'36" W | 7.57' |
| L11 | N 06°13'52" W | 18.99' |
| L12 | N 49°17'23" E | 17.29' |
| L13 | N 62°34'28" E | 10.97' |
| L14 | S 87°33'16" E | 3.75' |
| L15 | S 73°38'00" E | 14.14' |
| L16 | S 84°16'56" E | 16.46' |

## SKETCH AND DESCRIPTION

ISLAND "K"

DCI 2016-00026

LYING IN
SECTIONS 4 & 9, TOWNSHIP 46 SOUTH, RANGE 23 EAST
LEE COUNTY, FLORIDA

"NOT A SURVEY"

| | |
|---|---|
| DRAWN BY: | KJG |
| CHECKED BY: | DLS |
| JOB CODE: | EOPAR |
| SCALE: | N/A |
| DATE: | 28 MARCH 2017 |
| FILE: | 17-01-L&S |
| SHEET: | 1 of 2 |

RECEIVED
MAY 04 2017
COMMUNITY DEVELOPMENT

Applicant's Legal Checked
by

G:\SURVEY\PROJECT SURVEY 2017\01 — SHELL POINT ISLES\SURVEY\17-01-L&S.DWG



SCALE: 1" = 100'

THIS PLAN MAY HAVE BEEN ENLARGED OR
REDUCED FROM INTENDED DISPLAY SCALE
FOR REPRODUCTION REASONS

-N-

PUNTA RASSA COVE

ISLAND "K"
A PORTION OF
(INSTRUMENT# 2008000251377)

POC
NORTHEAST CORNER
OF SECTION 4

POB

SOUTH LINE OF SECTION 4
NORTH LINE OF SECTION 9

S 88°47'50" W
1599.00'

LEGEND
POC   POINT OF COMMENCEMENT
POB   POINT OF BEGINNING
OR    OFFICIAL RECORDS BOOK
PG    PAGE(S)

RECEIVED
MAY 04 2017
COMMUNITY DEVELOPMENT

DCI 2016-00026

*NOT A SURVEY*

SEE SHEET 1 OF 2 FOR LINE TABLE
NOT COMPLETE WITHOUT SHEETS 1 - 2 OF 2

Applicant's Legal Checked
by Ronald F

| GradyMinor | SKETCH AND DESCRIPTION | DRAWN BY: | KJG |
| | | CHECKED BY: | DLS |
| Q. Grady Minor and Associates, P.A.<br>3800 Via Del Rey<br>Bonita Springs, Florida 34134 | ISLAND "K" | JOB CODE: | EOPAR |
| | | SCALE: | 1" = 100' |
| Civil Engineers • Land Surveyors • Planners • Landscape Architects<br>Cert. of Auth. EB 0005151   Cert. of Auth. LB 0005151   Business LC 26000266 | LYING IN<br>SECTIONS 4 & 9, TOWNSHIP 46 SOUTH, RANGE 23 EAST<br>LEE COUNTY, FLORIDA | DATE: | 28 MARCH 2017 |
| Bonita Springs: 239.947.1144   www.GradyMinor.com   Fort Myers: 239.690.4380 | | FILE: | 17-01-L&S |
| | | SHEET: | 2 of 2 |

Applicant's Legal Checked by Dcaleby 17

### LINE TABLE

| LINE # | BEARING | DISTANCE |
|--------|---------|----------|
| L1 | S 60°03'53" E | 15.49' |
| L2 | N 24°13'27" W | 22.81' |
| L3 | N 14°12'01" W | 11.92' |
| L4 | N 43°49'38" W | 5.94' |
| L5 | N 21°38'21" W | 7.15' |
| L6 | N 54°02'35" E | 9.44' |
| L7 | N 78°24'58" E | 3.09' |
| L8 | S 89°47'56" E | 26.50' |
| L9 | S 76°24'29" E | 27.52' |
| L10 | S 66°09'41" E | 9.62' |

## PROPERTY DESCRIPTION

A TRACT OF LAND LYING IN SECTION 10, TOWNSHIP 46 SOUTH, RANGE 23 EAST, LEE COUNTY, FLORIDA, HAVING BEEN ESTABLISHED BY A MEAN HIGH WATER STUDY, MORE PARTICULARLY DESCRIBED AS FOLLOWS;

COMMENCING AT THE SOUTHEAST CORNER OF LOT 51 OF THE JONATHAN HARBOUR SUBDIVISION AS RECORDED IN PLAT BOOK 45, PAGES 1—11, OF THE PUBLIC RECORDS OF LEE COUNTY, FLORIDA; THENCE SOUTH 33°53'00" WEST, A DISTANCE OF 187.32 FEET TO A POINT ON THE MEAN HIGH WATER LINE HEREIN DESCRIBED AND THE POINT OF BEGINNING;

THENCE RUN ALONG SAID MEAN HIGH WATER LINE, SOUTH 60°03'53" EAST, A DISTANCE OF 15.49 FEET; THENCE SOUTH 66°43'18" EAST, A DISTANCE OF 39.16 FEET; THENCE SOUTH 44°43'25" EAST, A DISTANCE OF 74.34 FEET; THENCE SOUTH 67°18'09" WEST, A DISTANCE OF 52.44 FEET; THENCE NORTH 65°54'02" WEST, A DISTANCE OF 79.00 FEET; THENCE NORTH 54°23'04" WEST, A DISTANCE OF 42.92 FEET; THENCE NORTH 24°13'27" WEST, A DISTANCE OF 22.81 FEET; THENCE NORTH 14°12'01" WEST, A DISTANCE OF 11.92 FEET; THENCE NORTH 43°49'38" WEST, A DISTANCE OF 5.94 FEET; THENCE NORTH 21°38'21" WEST, A DISTANCE OF 7.15 FEET; THENCE NORTH 54°02'35" EAST, A DISTANCE OF 9.44 FEET; THENCE NORTH 78°24'58" EAST, A DISTANCE OF 3.09 FEET; THENCE SOUTH 89°47'56" EAST, A DISTANCE OF 26.50 FEET; THENCE SOUTH 76°24'29" EAST, A DISTANCE OF 27.52 FEET; THENCE SOUTH 66°09'41" EAST, A DISTANCE OF 9.62 FEET TO THE POINT OF BEGINNING.

CONTAINING 0.216 ACRE, MORE OR LESS.

## NOTES:

1. BEARINGS SHOWN HEREON ARE BASED ON THE STATE PLANE COORDINATE SYSTEM, NORTH AMERICAN DATUM OF 1983/1990 ADJUSTMENT (NAD83/90) FOR FLORIDA ZONE WEST. REFERENCE BEARING IS THE EAST LINE OF LOT 51 OF THE JONATHAN HARBOUR SUBDIVISION, BEING S 33°06'00" W.

2. DIMENSIONS SHOWN HEREON ARE IN U.S. SURVEY FEET AND DECIMALS THEREOF.

3. THIS SKETCH AND DESCRIPTION IS NOT VALID WITHOUT THE SIGNATURE AND ORIGINAL RAISED SEAL OF A LICENSED FLORIDA SURVEYOR AND MAPPER. NO ADDITIONS OR DELETIONS TO THIS SKETCH AND DESCRIPTION ARE PERMITTED WITHOUT THE EXPRESSED WRITTEN CONSENT OF THE SIGNING PARTY.



RECEIVED MAY 04 2017 COMMUNITY DEVELOPMENT

*NOT A SURVEY*

**DCI 2016-00026**

NOT COMPLETE WITHOUT SHEETS 1 - 2 OF 2

| | |
|---|---|
| DRAWN BY: | KJG |
| CHECKED BY: | DLS |
| JOB CODE: | EOPAR |
| SCALE: | N/A |
| DATE: | 28 MARCH 2017 |
| FILE: | 17-01-L&S |
| SHEET: | 1 of 2 |

## GradyMinor

Civil Engineers • Land Surveyors • Planners • Landscape Architects

Cert. of Auth. EB 0005151    Cert. of Auth. LB 0005151    Business LC 26000266

Q. Grady Minor and Associates, P.A.
3800 Via Del Rey
Bonita Springs, Florida 34134

Bonita Springs: 239.947.1144    www.GradyMinor.com    Fort Myers: 239.690.4380

### SKETCH AND DESCRIPTION

ISLAND "L"

LYING IN
SECTIONS 10, TOWNSHIP 46 SOUTH, RANGE 23 EAST
LEE COUNTY, FLORIDA

DATE SIGNED 3.31.17

DONALD L. SANTENO, JR. P.S.M.
FL LICENSE #6761
FOR THIS FIRM



RECEIVED
MAY 04 2017
COMMUNITY DEVELOPMENT

Applicant's Legal Checked
by DConleyAug17

CaSaSe23e26-00089-SPC-DNiKNmeEDtoDuouomceumntfnt1e2d3/1l9e1d4 05/F1a2g4e7 1R1 Paaf5S6e aogeeDP232e4ID

# EDEN OAK PORT SANIBEL, LLC
## MEAN HIGH WATER LINE SURVEY

LYING IN
SECTION 33, TOWNSHIP 45 SOUTH, RANGE 23 EAST
&
SECTIONS 4, 9, & 10, TOWNSHIP 46 SOUTH, RANGE 23 EAST
LEE COUNTY, FLORIDA



*VICINITY MAP*
NOT TO SCALE



*SITE MAP*
SCALE 1" = 1000'

### Index of Sheets

| Dwg. No. | Description |
|---|---|
| 1. | COVER SHEET AND INDEX OF DRAWINGS |
| 2. | ISLAND "A" MEAN HIGH WATER SURVEY |
| 3. | ISLAND "B" MEAN HIGH WATER SURVEY |
| 4. | ISLAND "C" MEAN HIGH WATER SURVEY |
| 5. | ISLAND "E" MEAN HIGH WATER SURVEY |
| 6. | ISLAND "F" MEAN HIGH WATER SURVEY |
| 7. | ISLAND "G" MEAN HIGH WATER SURVEY |
| 8. | ISLAND "H" MEAN HIGH WATER SURVEY |
| 9. | ISLAND "J" MEAN HIGH WATER SURVEY |
| 10. | ISLAND "K" MEAN HIGH WATER SURVEY |
| 11. | ISLAND "L" MEAN HIGH WATER SURVEY |

Applicant's Survey Checked
by _____ 17

CERTIFIED TO:
EDEN OAK I, LLC
LEE COUNTY, FLORIDA

DCI2016-00026

7/3/17
DATE

 **GradyMinor**

Q. Grady Minor and Associates, P.A.
3800 Via Del Rey
Bonita Springs, Florida 34134

Civil Engineers • Land Surveyors • Planners • Landscape Architects
Cert. of Auth. EB 0005151   Cert. of Auth. LB 0005151   Business LC 26000266

Bonita Springs: 239.947.1144   *www.GradyMinor.com*   Fort Myers: 239.690.4380

NOT VALID WITHOUT SHEETS 1-11 OF 11

REVISED: 7/3/2017 PER NEW TITLE CERTIFICATIONS
REVISED: 2/23/2017 PER LEE COUNTY COMMENTS
REVISED: 1/4/2017 FOR LEE COUNTY SUBMITTAL

Case 2:21-cv-00709-SPC-NPM Document 123-13 Filed 05/01/23 Page 37 of 53 PageID 699







NOT VALID WITHOUT SHEETS 1-11 OF 11

Case 2:26-cv-00789-SPC-NPM   Document 1-2   Filed 03/19/26   Page 176 of 841   PageID 703



Mean High Water Line Survey – Island "J", Eden Oak Port Sanibel, LLC, Fort Myers, FL 33908. Section 33, Township 45 South, Range 23 East, Lee County, Florida. GradyMinor — Q. Grady Minor and Associates, P.A.



NOT VALID WITHOUT SHEETS 1-11 OF 11













RECEIVED
AUG 11 2017
COMMUNITY DEVELOPMENT



RECEIVED
AUG 11 2017
COMMUNITY DEVELOPMENT