# LEE COUNTY

## SOUTHWEST FLORIDA

**Exhibit 3**

**BOARD OF COUNTY COMMISSIONERS**

Writer's Direct Dial Number: (239) 479-8485

Bob Janes
*District One*

Douglas R. St. Cerny
*District Two*

Ray Judah
*District Three*

Tammy Hall
*District Four*

John E. Albion
*District Five*

Donald D. Stilwell
*County Manager*

David M. Owen
*County Attorney*

Diana M. Parker
*County Hearing Examiner*

June 29, 2005

Mr. Robert Pritt
Roetzel & Andress, LPA
850 Park Shore Drive
Naples, FL 34103

RE:   16501 Shell Point Blvd.
STRAP # 34-45-23-00-00-00001.0060
Case No. ZVL2005-00167

Dear Mr. Pritt:

In response to your letter dated June 9, 2005, please be advised that the above-referenced property is zoned Agricultural (AG-2) and is located in the Wetlands Future Land Use category according to the Future Land Use Map of Lee County.

In response to your questions:

**Please confirm that the Zoning classification for the Property is AG-2 and is in Wetlands and Suburban in the Comprehensive Plan.**

The property is zoned AG-2, and is completely located in the Wetlands Future Land Use category according to the Future Land Use Map of Lee County. The allowed density in the Wetlands category is 1 dwelling unit per 20 gross acres (1 du/20 acre). See attached Comprehensive Plan Policy 1.5.1.

**Please confirm that all of the permitted uses are permitted on the property.**

A list of permitted uses in the AG-2 zoning district is attached for your records.

**Please confirm that the Property is in compliance with the Comprehensive Plan and zoning regulations.**

There is no development on the property therefore this question cannot be answered.

**Please confirm whether there are any special exceptions, special permits, or variances that have been granted and if they are still valid. Please confirm whether there are any special regulations, special permit restrictions or limitations as applied to this property.**

A check of our records have found no special exceptions, permits or variances granted.

**Please confirm whether there code enforcement history or pending enforcement threatened or filed against the property.**

A check of our records have found no code violations on this property.

U:\200506\ZVL20050.016\7\ZONING VERIFICATION LETTER.WPD

Page 1 of 2

P.O. Box 398, Fort Myers, Florida 33902-0398  (239) 335-2111
Internet address http://www.lee-county.com
AN EQUAL OPPORTUNITY AFFIRMATIVE ACTION EMPLOYER

 Recycled Paper

**EXHIBIT D**

**Please advise whether there are any pending Comprehensive Plan amendments or Land Development Code Amendments that would affect the Property.**
Please be advised that the County is currently amending its LDC. When the updated LDC comes into effect, you may wish to review the document and determine if any changes may in fact affect the use of this property. Draft amendments may be viewed on our website at www.lee-county/dcd.

**Have any Development Orders been issued for the Property? If yes, please advise as to whether any of the Development Orders are still valid and permit additional development. Please provide the numbers of the Development Orders.**

No.

**Please confirm that the property is in compliance with the Development Order.**

Staff did not find any current Development Orders being issued for the subject property.

**Please confirm what if any, development rights exist pursuant to Unrecorded Plat Book 1 Page 218 (1968) (attached). This appears to pertain to STRAP Nos. 34-45-23-00001.0000 and 34-45-23-00-00001.0060.**

This question goes beyond the scope of a zoning verification letter.

Please be advised that the information provided herein is based on current regulations and may be subject to change as ordinances are enacted or amended.

Should you have further questions, please do not hesitate to contact our office.

Sincerely,

DEPARTMENT OF COMMUNITY DEVELOPMENT
Zoning Division

Luis Machado
Planning Technician

LGM/dxc
Enclosures

maximum density of one dwelling unit per ten acres (1 du/10 acres). Individual residential parcels may contain up to two acres of Wetlands without losing the right to have a dwelling unit, provided that no alterations are made to those wetland areas.

Private Recreational Facilities may be permitted in accordance with the site locational requirements and design standards, as further defined in Goal 16. No Private recreational facilities may occur within the DR/GR land use category without a rezoning to an appropriate planned development zoning category, and compliance with the Private Recreation Facilities performance standards, contained in Goal 16 of the Lee Plan. (Amended by Ordinance No. 91-19, 94-30, 99-16, 02-02)

**POLICY 1.4.6:** The Conservation Lands include uplands and wetlands that are owned and used for long range conservation purposes. Upland and wetland conservation lands will be shown as separate categories on the FLUM. Upland conservation lands will be subject to the provisions of this policy. Wetland conservation lands will be subject to the provisions of both the Wetlands category described in Objective 1.5 and the Conservation Lands category described in this policy. The most stringent provisions of either category will apply to wetland conservation lands. Conservation lands will include all public lands required to be used for conservation purposes by some type of legal mechanism such as statutory requirements, funding and/or grant conditions, and mitigation preserve areas required for land development approvals. Conservation Lands may include such uses as wildlife preserves; wetland and upland mitigation areas and banks; natural resource based parks; ancillary uses for environmental research and education, historic and cultural preservation, and natural resource based parks (such as signage, parking facilities, caretaker quarters, interpretive kiosks, research centers, and quarters and other associated support services); and water conservation lands such as aquifer recharge areas, flowways, flood prone areas, and well fields. 2020 lands designated as conservation are also subject to more stringent use provisions of the 2020 Program or the 2020 ordinances. (Added by Ordinance No. 98-09, Amended by Ordinance No. 02-02)

**OBJECTIVE 1.5: WETLANDS.** Designate on the Future Land Use Map those lands that are identified as Wetlands in accordance with F.S. 373.019(17) through the use of the unified state delineation methodology described in FAC Chapter 17-340, as ratified and amended in F.S. 373.4211. (Amended by Ordinance No. 94-30)

**POLICY 1.5.1:** Permitted land uses in Wetlands consist of very low density residential uses and recreational uses that will not adversely affect the ecological functions of wetlands. All development in Wetlands must be consistent with Goal 84 of this plan. The maximum density is one dwelling unit per twenty acres (1 du/20 acre) except as otherwise provided in Table 1(a) and Chapter XIII of this plan. (Amended by Ordinance No. 94-30)

**POLICY 1.5.2:** When the exact location of Wetlands boundaries is in question, Chapter XIII of this plan provides an administrative process, including a field check, to precisely define the boundary. (Amended by Ordinance No. 94-30)

**POLICY 1.5.3:** Wetlands that are conservation lands will be subject to the provisions of Policy 1.4.6 as well as the provisions of Objective 1.5. The most stringent provisions of either category will apply. Conservation wetlands will be identified on the FLUM to distinguish them from non-conservation wetlands. (Added by Ordinance No. 98-09)

ZONING

## DIVISION 2. AGRICULTURAL DISTRICTS

### Sec. 34-651. Purpose and intent.

The purpose of the agricultural districts is to provide areas for the establishment or continuation of agricultural operations, with residential uses being permitted only as ancillary to agricultural uses, and to accommodate those individuals who understand and desire to live in an agricultural environment.

(Ord. No. 93-24, § 7(410.01), 9-15-93)

### Sec. 34-652. Applicability of use and property development regulations.

No land, body of water or structure may be used or permitted to be used and no structure may hereafter be erected, constructed, moved, altered or maintained in the AG districts for any purpose other than as provided in section 34-653, pertaining to use regulations for agricultural districts, and section 34-654, pertaining to property development regulations for agricultural districts, except as may be specifically provided for in article VIII (nonconformities) of this chapter, or in section 34-620.

(Ord. No. 93-24, § 7(410.02), 9-15-93; Ord. No. 98-11, § 5, 6-23-98

### Sec. 34-653. Use regulations table.

Use regulations for agricultural districts are as follows:

TABLE 34-653. USE REGULATIONS FOR AGRICULTURAL DISTRICTS

| | Special Notes or Regulations | AG-1 | AG-2 | AG-3 |
|---|---|---|---|---|
| Accessory uses, buildings, and structures: | 34-1171 et seq. and 34-2441 et seq. | P | P | P |
| Amateur radio antennas and satellite earth stations /tower | 34-1175 | Refer to 34-1175 for regulations | | |
| ~~Up to 50 feet in height~~ | ~~34-1175~~ | P | P | P |
| ~~Over 50 feet in height~~ | ~~34-1175~~ | SE | SE | SE |
| Docks, seawalls | 34-1863 | P | P | P |
| Entrance gates, gatehouses | 34-1741 et seq. | P | P | P |
| Fences, walls | 34-1741 et seq. | P | P | P |
| Nonroofed accessory structures | 34-2141 et seq. | P | P | P |
| Signs in compliance with chapter 30 | | P | P | P |
| Administrative offices | | P | P | P |
| Agricultural uses | Note (2), 34-2441 et seq. | P | P | P |
| Agricultural accessory uses and buildings | Note (3), 34-1171 et seq., 34-2441 et seq. | P | P | P |

Amended by:
Ord. 03-11
Eff. Date: 04/14/03

ZONING

| | Special Notes or Regulations | AG-1 | AG-2 | AG-3 |
|---|---|---|---|---|
| Aircraft landing facilities, private: | | | | |
| Lawfully existing: | | | | |
| Expansion of aircraft landing strip or helistop or heliport landing pad | 34-1231 et seq. | SE | SE | SE |
| New accessory buildings | 34-1231 et seq. | P | P | P |
| New: | | | | |
| Aircraft landing strip and ancillary hangers, sheds and equipment | 34-1231 et seq. | SE | SE | SE |
| Animals, reptiles, marine life: | | | | |
| Animals (excluding exotic species) | 34-1291 et seq. | P | P | P |
| Animal clinic (df) or animal kennel (df) | 34-1321 et seq. | EO/SE | EO/SE | EO/SE |
| Keeping, raising or breeding of domestic tropical birds (df) for commercial purposes | Note (12), 34-1291 et seq. | SE | SE | SE |
| Keeping, raising or breeding of American alligators, venomous reptiles or Class I or Class II animals (df) | 34-1291 et seq. | SE | SE | SE |
| Keeping, raising or breeding of marine life which requires the storage of brackish or saline water in man-made ponds | 34-1291 et seq. | SE | SE | SE |
| Assisted living facility | Note (1), (21), 34-1411 | EO | EO | EO |
| Bed and breakfast (df) | Note (16), 34-1493 | SE | SE | -- |
| Boat ramps | Note (14) | EO/SE | EO/SE | EO/SE |
| Caretaker's residence | Note (22) | EO/SE | EO/SE | EO |
| Cemeteries | | EO | EO | EO |
| Commercial fishing equipment storage as an accessory use to a single-family or mobile home residence, Greater Pine Island only | 34-1179 | P | P | P |
| Communication facility, wireless tower | 34-1441 et seq. | Refer to 34-1441 et seq. for regulations | | |
| 50 feet or less in height | 34-1441 et seq. | P | P | P |
| Over 50 feet in height | 34-1441 et seq. | EO/SE | EO/SE | EO/SE |
| Community residential home | Note (21) | P | P | P |
| Consumption on premises | 34-1261 et seq. | AA/SE | AA/SE | AA/SE |
| Day care center, adult or child | Note (13), (15) and (16) | EO/SE | EO/SE | EO/SE |
| Dwelling unit: | | | | |
| Mobile home | Note (4) and (18), 34-1921 et seq. | P | P | P |
| Single-family residence, conventional | Note (17) | P | P | P |
| Second conventional single-family residence on lot | Note (5) and (17), 34-1180 | P | P | P |
| EMS, Fire or Sheriff's station | | SE | SE | SE |
| Essential services | 34-1611 et seq., 34-1741 et seq. | P | P | P |
| Essential service facilities (34-622(c)(13)): | | | | |
| Group I | 34-1611 et seq., 34-1741 et seq., 34-2141 et seq. | P | P | P |
| Group II | 34-1611 et seq., 34-1741 et seq., 34-2141 et seq. | EO/SE | EO/SE | EO/SE |

Amended by:
Ord. 03-11 & 03-16
Eff. Date: 04/14/03 & 07/01/03          34 - 187

ZONING

| | Special Notes or Regulations | AG-1 | AG-2 | AG-3 |
|---|---|---|---|---|
| Excavation: | | | | |
|    Oil or gas | 34-1651 | SE | SE | SE |
|    Water retention | 34-1651, 10-329(c) | P | P | P |
|    Mining | 34-1651, 34-1671 et seq. | EO | EO | EO |
| Farm labor housing | Note (20), 34-1891 et seq. | EO/SE | EO/SE | EO/SE |
| Forestry tower | | SE | SE | SE |
| Forestry, cypress (Taxodium spp.), for sawtimber use only | 34-651 et seq. | SE | SE | SE |
| Golf course | 34-2471 et seq. | EO | EO | EO |
| Health care facilities (34-622(c)(18)), groups I and II | Note (8) and (16) | EO | EO | EO |
| Home care facility | Note (16) | P | P | P |
| Home occupation: | 34-1771 et seq. | | | |
|    No outside help | Note (19) | P | P | P |
|    With outside help | Note (19) | AA | AA | AA |
| Lawn and garden supply stores | 34-2081 | SE | SE | SE |
| Lawn and garden equipment (small engine parts and repairs) | | SE | SE | SE |
| LCDOT maintenance facility | Note (6) | EO | EO | EO |
| Marina | 34-1862 | EO | EO | EO |
| Models: | 34-1951 et seq. | | | |
|    Display center | | SE | SE | SE |
|    Model home | | AA/SE | AA/SE | AA/SE |
| Paint ball range, outdoor | | SE | SE | SE |
| Parks (34-622(c)(32)) | | | | |
|    Group I | Note 9 | P | P | P |
|    Group II | Note 7 | EO/SE | EO/SE | EO/SE |
| Place of worship | Note (16), 34-2051 et seq. | P | P | P |
| Post office | Note (6) | EO | EO | EO |
| Produce stands: | 34-1711 et seq. | | | |
|    Temporary | | P | P | P |
|    Permanent | | EO/SE | EO/SE | EO/SE |
| Recreational facilities: | | | | |
|    Commercial (34-622(c)(38)) Group III | Note 10 | SE | SE | SE |
|    Personal | | P | P | P |
|    Private - On-site | | EO/SE | EO/SE | EO/SE |
|    Private - Off-site | | EO/SE | EO/SE | EO/SE |
| Religious facilities | Note (7) and (16), 34-2051 et seq. | EO/SE | EO/SE | EO/SE |
| Research and development laboratories (34-622(c)(41)), group I | | P | P | P |
| Residential accessory uses (34-622(c)(42)) | Note (19), 34-1171 et seq. | P | P | P |

34 - 188

ZONING

| | Special Notes or Regulations | AG-1 | AG-2 | AG-3 |
|---|---|---|---|---|
| Schools, noncommercial: | | | | |
|    Lee County School District | Note (16), 34-2381 | P | P | P |
|    Other | Note (16), 34-2381 | EO | EO | EO |
| Shredding and composting of vegetative matter | 34-1831 et seq. | SE | -- | -- |
| Social services (34-622(c)(46)), groups III and IV | Note (8) and (16), 34-3021 | EO | EO | EO |
| Stable: | | | | |
|    Boarding stable or private stable | 34-1291 et seq. | P | P | P |
|    Commercial | 34-1291 et seq. | SE | SE | SE |
| Temporary uses | 34-3041 et seq. | P | P | P |
| U-pick operations | 34-1711 et seq. | P | P | -- |

Notes:

(1)    Any expansion which will bring the number of beds to 50 or more requires PD zoning. See section 34-341 and Table 34-934.

(2)    Includes but is not limited to farming, horticulture, pasturage, forestry, citrus and other fruit groves, greenhouses and nurseries, truck farms and dairy farms, commercial fish, frog or poultry hatcheries, and raising of hogs and other farm animals. Lumbering or harvesting of cypress (Taxodium spp.) is not permitted except by special exception.

(3)    Limited to uses and buildings customarily incidental to agricultural uses, including the processing and packaging of agricultural products primarily grown on the premises.

(4)    Mobile home permitted provided it is the only residential unit on the property, and provided further that the property meets the same lot area and dimensions, setbacks, height and maximum lot coverage as set forth in table 34-654 for the AG-1 district.

(5)    Only permitted in compliance with section 34-1180.

(6)    Expansion of facility to ten or more acres requires PD zoning. See section 34-341 and Table 34-934.

(7)    Any new facility of ten or more acres or any expansion of an existing facility to ten or more acres requires PD zoning. See section 34-341 and Table 34-934.

(8)    Any new facility of 50 or more beds, or any expansion of an existing facility which will bring the number of beds to 50 or more or which changes the use, requires PD zoning. See section 34-341 and Table 34-934.

(9)    Recreational halls require a special exception approval.

ZONING

(10)  Limited to passive and active recreation and educational activities including, but not limited to hiking and nature trails, where the activities require little or no on site facilities or capital investment, and utilize the natural environment with little or no alteration of the nature landscape.

(11)  *Reserved.*

(12)  The keeping of ostrich, cassowary, rhea, or emu for the production of meat, skins, or hides, feathers, or the progeny thereof, as part of a bonafide agricultural operation does not require a special exception.

(13)  Family day care home exemption. The operation of a family day care home under F.S. § 125.0109 requires an exemption from the special exception requirements for child day care facilities. See section 34-203(e)(9).

(14)  Non-commercial only.

(15)  A Day Care center, owned by the entity with title to the Place of Worship, that is operated within the building housing the Place of Worship is not required to obtain Special Exception approval.

(16)  Not permitted in Airport Noise Zone 3.

(17)  Not permitted in Airport Noise Zone 3. See Section 34 1006(b)(2) for exceptions.

(18)  Not permitted in Airport Noise Zones 2 or 3. See Section 34-1006(b)(2) & (3) for exceptions.

(19)  Not permitted in Airport Noise Zone 2 or 3 unless accessory to a lawful mobile home or single-family residence - See Section 34-1006(b)(2) & (3).

(20)  Not permitted in Airport Noise Zone 3. Housing units consisting of mobile homes or park trailers are also not permitted in Airport Noise Zone 2.

(21)  Not permitted in Airport Noise Zone 3 unless pre-empted by state law.

(22)  Not permitted in Airport Noise Zones 2 and 3 unless required to support a noise compatible use and constructed in compliance with limitations for dwelling unit type set forth in Section 34-1006(b)(2) & (3) as applicable.

(Ord. No. 93-24, § 7(table 410.A), 9-15-93; Ord. No. 94-02, § 6, 1-19-94; Ord. No. 94-24, § 49, 8-31-94; Ord. No. 95-07, § 35, 5-17-95; Ord. No. 96-06, § 5, 3-20-96; Ord. No. 96-17, § 5, 9-18-96; Ord. No. 97-10, § 6, 6-10-97; Ord. No. 98-03, § 5, 1-13-98)

ZONING

## Sec. 34-654. Property development regulations table.

Property development regulations for agricultural districts are as follows:

### TABLE 34-654. PROPERTY DEVELOPMENT REGULATIONS FOR AGRICULTURAL DISTRICTS

| | Special Notes or Regulations | AG-1 | AG-2 | AG-3 |
|---|---|---|---|---|
| Minimum lot dimensions and area: | Note (1) | | | |
| Minimum lot area: | Note (2) | | | |
| Interior lot | 34-2221, 34-2222 | 4.7 acres | 39,500 sq. ft. | 20,000 sq. ft. |
| Corner lot | 34-2221, 34-2222 | 4.4 acres | 33,600 sq. ft. | 20,000 sq. ft. |
| Minimum lot width (feet) | | 300 | 100 | 100 |
| Minimum lot depth (feet) | | 300 | 130 | 130 |
| Minimum setbacks: | | | | |
| Street (feet) | Notes (3) and (4), 34-2191 et seq., 34-1261 et seq. | Variable according to the functional classification of the street or road (see section 34-2192), but in no case less than 50 feet in the AG-1 district. | | |
| Side yard (feet) | | 25 | 15 | 15 |
| Rear yard (feet) | 34-2191 et seq. | 25 | 25 | 25 |
| Water body (feet): | 34-2191 et seq. | | | |
| Gulf of Mexico | | 50 | 50 | 50 |
| Other | | 25 | 25 | 25 |
| Special regulations: | | | | |
| Animals, reptiles, marine life | 34-1291 et seq. | | | |
| Consumption on premises | 34-1261 et seq. | | | |
| Docks, seawalls, etc. | 34-1863 et seq. | | | |
| Essential services | 34-1611 et seq. | Refer to the sections specified for exceptions to the minimum setback requirements listed in this table. | | |
| Essential service facilities(34-622(c)(13)) | 34-1611 et seq., 34-2142 | | | |
| Fences, walls, gatehouses, etc. | 34-1741 et seq. | | | |
| Nonroofed accessory structures | 34-2194(c) | | | |
| Railroad right-of-way | 34-2195 | | | |
| Maximum height (feet) | 34-2171 et seq. | 35 | 35 | 35 |
| | | Note: Bonita Beach, Captiva, San Carlos Island, Gasparilla Island conservation district, Greater Pine Island and areas within the airport hazard zone have special limitations (see section 34-2175). | | |
| Maximum lot coverage (percent of total lot area) | | 25% | 25%(5) | 25% |

34 - 191

ZONING

Notes:

(1)    Certain projects in agricultural districts may fall within the density reduction/groundwater resource areas of the Lee Plan. In such areas, additional density and use restrictions are applicable. Permitted land uses in density reduction/groundwater resource areas include agriculture, mineral or limerock extraction, conservation uses, and residential uses at a maximum density of one dwelling unit per ten acres. Individual residential parcels may contain up to two acres of wetlands without losing the right to have a dwelling unit, provided that no alterations are made to those wetlands.

(2)    Any lot created in the rural community preserve land use category (as delineated by policy 17.1.3 of the Lee Plan) after July 9, 1991, must have a minimum area of 43,560 square feet excluding all street rights-of-way.

(3)    Modifications to required setbacks for collector or arterial streets, or for solar or wind energy purposes, are permitted only by variance. See section 34-2191 et seq.

(4)    Special street setback provisions apply to portions of Colonial Boulevard and Daniels Road. Refer to section 34-2192(b)(3) and (4).

(5)    For nonconforming lots, as defined in section 34-3271, the maximum lot coverage will be 40 percent.

(Ord. No. 93-24, § 7(table 410.B), 9-15-93; Ord. No. 94-24, § 50, 8-31-94; Ord. No. 95-07, § 36, 5-17-95; Ord. No. 96-06, § 5, 3-20-96; Ord. No. 96-17, § 5, 9-18-96; Ord. No. 97-10, § 6, 6-10-97)

**Secs. 34-655--34-670.  Reserved.**