**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

EDEN OAK I, LLC, and EDEN OAK
SHELL POINT, LLC,

              Plaintiffs,                      Case No. 2:26-cv-00789-SPC-NPM

v.

LEE COUNTY, FLORIDA,
              Defendant.
_____/

**INDEX OF EXHIBITS TO DEFENDANT LEE COUNTY'S
<u>MOTION TO DISMISS AND MOTION TO STAY</u>**

| Number | Title |
|:---:|---|
| 1 | State Court First Amended Complaint, *Eden Oak I, LLC and Eden Oak Shell Point, LLC v. Lee County, Florida*, Case No. 25-CA-1676, Twentieth Judicial Circuit (certified, without exhibits) |
| 2 | Resolution Z-18-016 dated April 5, 2023 |
| 3 | Zoning Verification Letter dated July 29, 2005 |
| 4 | Exhibit Index |