UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDEN OAK I, LLC, EDEN OAK SHELL POINT, LLC

Plaintiffs,

v. CASE NO.: 2:26-cv-00789-SPC-NPM

LEE COUNTY, FLORIDA

Defendant.
_________________________________/

**DEFENDANT LEE COUNTY'S NOTICE OF STATUS OF RELATED STATE COURT PROCEEDING**

Pursuant to the Court's direction at the June 11, 2026 Rule 16(b) conference, Defendant Lee County, Florida advises the Court of the following development in the related state court action, Eden Oak I, LLC, et al. v. Lee County, Florida, Case No. 25-CA-001676, in the Circuit Court of the Twentieth Judicial Circuit, in and for Lee County, Florida (the "State Action"):

1. On June 16, 2026, the state court entered an order denying Lee County's Second Motion for Summary Judgment in the State Action.

2. The State Action remains set for trial during the October 2026 trial term.

Signed:

*/s/ Jeffrey L. Hinds*
Jeffrey L. Hinds

Florida Bar No. 0008710
Bartlett Loeb Hinds & Thompson, PLLC
1001 Water Street, Suite 475
Tampa, FL 33602
(813) 223-3888
jeffreyh@blhtlaw.com
jayb@blhtlaw.com
kathrynd@blhtlaw.com
Attorney for Defendant, Lee County, Florida