UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**EDEN OAK I, LLC, EDEN OAK SHELL POINT, LLC,**

*Plaintiffs,*

**V.** NO. 2:26-CV-00789-SPC-NPM

**LEE COUNTY, FLORIDA,**

*Defendant.*

---

**JOINT NOTICE OF SETTLEMENT, OF ACTION IN RELATED CASE, AND MOTION TO TERMINATE PENDING DEADLINES**

COMES NOW Plaintiffs, EDEN OAK I, LLC, and EDEN, OAK SHELL POINT, LLC, and Defendant, LEE COUNTY, FLORIDA, by and through their counsel, pursuant to Local Rule 3.09(a), hereby move this Court for an order administratively closing this case for one hundred and twenty (120) days and terminating pending deadlines, and say as follows:

1. The parties have reached a conditional settlement to fully resolve this action and the related state court case, *Eden Oak I, LLC and Eden Oak Shell Point, LLC v. Lee County, Florida*, Twentieth Judicial Circuit Court in and for

Lee County, Florida, Case No.: 25-CA-1676, which has now been stayed by Order of the state court for 120 days.

2. As the settlement includes the sale of real property to Lee County, Florida, a number of transactional requirements, including but not limited to title work, insurance, surveys, and the like, will require some time before the real estate closing and settlement.

3. Further, any settlement of this action is subject to approval by the Lee County Board of County Commissioners.

WHEREFORE the parties request that this Court administratively close this case for 120 days, terminate all pending deadlines, and that the Court order that prior to the expiration of 120 days the parties may file a joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, request an extension to effectuate the settlement, or advise the Court of the status of the case.

*/s/ James D. Fox*
James D. Fox
Florida Bar No. 689289
**Roetzel & Andress, LPA**

*/s/ Jeffrey L. Hinds*
Jeffrey L. Hinds
Florida Bar No. 0008710
**Bartlett Loeb Hinds & Thompson, PLLC**

999 Vanderbilt Beach Road,
Suite 401
Naples, FL 34108
(239) 649-6200
jfox@ralaw.com
serve.jfox@ralaw.com
*Attorneys for Plaintiffs*

Dated: August 20, 2026

1001 Water Street, Suite 475
Tampa, FL 33602
(813) 223-3888
jeffreyh@blhtlaw.com
jayb@blhtlaw.com
kathrynd@blhtlaw.com
*Attorneys for Defendant Lee County*

Dated: August 20, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20th, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ James D. Fox*
James D. Fox



24856705 _1